# **ATTACHMENT A**

Asset Description:

Any and all rights, including copyright and intellectual property rights, as well as the right to collect and receive any profits, royalties, and proceeds of distribution owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P.

Interested Parties:

The parties believed to have a potential interest in the Defendant Asset are JW Nile (BVI), Ltd., JCL Media (EMI Publishing Ltd.), Low Taek Jho and Jynwel Capital Ltd.