Daniel A. Zaheer (Bar No. 237118)
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800
Facsimile: (415) 582-4811
E-mail: daniel.zaheer@kobrekim.com

*Attorney for Potential Claimants*
Low Hock Peng, Goh Gaik Ewe,
Low Taek Szen and Low May Lin

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV 16-05364 |
| | ) |
| Plaintiff, | ) **VERIFIED CLAIM AND** |
| | ) **STATEMENT OF INTEREST OF** |
| v. | ) **CLAIMANTS LOW HOCK PENG,** |
| | ) **GOH GAIK EWE, LOW TAEK** |
| ANY RIGHTS TO PROFITS, | ) **SZEN AND LOW MAY LIN** |
| ROYALTIES AND DISTRIBUTION | ) |
| PROCEEDS OWNED BY OR | ) |
| OWED TO JW NILE (BVI) LTD., | ) |
| JCL MEDIA (EMI PUBLISHING | ) |
| LTD), AND/OR JYNWEL CAPITAL | ) |
| LTD, RELATING TO EMI MUSIC | ) |
| PUBLISHING GROUP NORTH | ) |
| AMERICA HOLDINGS, INC., AND | ) |
| D.H. PUBLISHING L.P., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

1

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Federal Rules of Civil Procedure, Supplemental Rule G(5)(a), Claimants Low Hock Peng, Goh Gaik Ewe, Low Taek Szen and Low May Lin hereby assert an interest in and file this Claim to any and all rights, including copyright and intellectual property rights, as well as the right to collect and receive any profits, royalties, and proceeds of distribution owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P. (the "Defendant Asset"). Claimants are indirect beneficial owners of the Defendant Asset, which is held by an entity controlled and ultimately held in trust for the benefit of Claimants. Claimants are aware that there is legal precedent indicating that they would not have standing to pursue this claim, but are filing it in an abundance of caution and based upon a good faith legal position that such principle should not be applied in this case or that the law should be changed.

Pursuant to Supplemental Rule E(8) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions, Claimants expressly limit their appearance to asserting and defending their claim. In making this claim, Claimants do not waive and reserve all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue with regard to the Defendant Asset.

DATE: October 31, 2016                    Respectfully Submitted,

KOBRE & KIM LLP

/s/Daniel Zaheer
Daniel A. Zaheer

*Attorney for Potential Claimants*
Low Hock Peng, Goh Gaik Ewe,
Low Taek Szen and Low May Lin

3

# VERIFICATION

I, Low Hock Peng, declare that I have read the foregoing Verified Claim. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October ___, 2016, in _____.

_____
Low Hock Peng
Beneficiary of the Defendant Asset

3

**VERIFICATION**

I, Goh Gaik Ewe, declare that I have read the foregoing Verified Claim. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October ___, 2016, in _____.

_____
Goh Gaik Ewe
Beneficiary of the Defendant Asset

4

## VERIFICATION

I, Low Taek Szen, declare that I have read the foregoing Verified Claim. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October ___, 2016, in _____.

_____
Low Taek Szen
Beneficiary of the Defendant Asset

5

## VERIFICATION

I, Low May Lin, declare that I have read the foregoing Verified Claim. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October ___, 2016, in _____.

_____
Low May Lin
Beneficiary of the Defendant Asset

6

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on October 31, 2016 with the Clerk of the Court using the CM/ECF system thereby sending a notice of electronic filing to Assistant U.S. Attorney Woo S. Lee, Deputy Chief, Asset Forfeiture and Money Laundering Section, Assistant U.S. Attorney John J. Kucera, and Assistant U.S. Attorney Christen A. Sproule.  In addition, I hereby certify that a true and correct copy of the foregoing was served by e-mail on Assistant U.S. Attorney Woo S. Lee, Deputy Chief, Asset Forfeiture and Money Laundering Section, Assistant U.S. Attorney John J. Kucera, and Assistant U.S. Attorney Christen A. Sproule.

DATE: October 31, 2016                    KOBRE & KIM LLP

                                          /s/Daniel Zaheer
                                          DANIEL A. ZAHEER