UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 16-5364 DSF (PLAx)<br>CV 16-5367 DSF (PLAx)<br>CV 16-5368 DSF (PLAx)<br>CV 16-5369 DSF (PLAx)<br>CV 16-5370 DSF (PLAx)<br>CV 16-5374 DSF (PLAx)<br>CV 16-5375 DSF (PLAx)<br>CV 16-5378 DSF (PLAx) | Date | 12/7/16 |
|---|---|---|---|
| Title | United States v. Any Rights to Profits, Royalties and Distribution Proceeds Owned by or Owed to JW Nile (BVI) Ltd., etc.<br>(and related cases) | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Motion to Continue Hearings

The motions to continue the hearings on the motions to intervene and the applications to extend time to file a claim are DENIED.

IT IS SO ORDERED.