1

1            UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                  WESTERN DIVISION

4      THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6    THE UNITED STATES OF AMERICA,        )
                                          )
7                      Plaintiff,         )
                                          )
8                                         )
            vs.                           )   No. CV 16-5364 DSF-PLA
9                                         )
     ANY RIGHTS TO PROFITS, ROYALTIES     )
10   AND DISTRIBUTION PROCEEDS OWNED BY    )
     OR OWED TO JW NILE, ETC.,            )
11                                        )
                       Defendant.         )
12   _____)

13   AND RELATED CASES: CV 16-5367,       )
     CV 16-5368; CV 16-5369; CV 16-5370   )
14   CV 16-5374; CV 16-5375; CV 16-5378_)

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                Los Angeles, California

18          Monday, December 12, 2016, 2:03 P.M.

19                  Motion to Intervene

20

21                          PAT CUNEO CSR 1600, CRR-CM
                            Official Reporter
22                          First Street Courthouse
                            350 W. First Street
23                          Room 4311
                            Los Angeles, CA 90012-4565
24                          213-894-1782
                            patcuneo1600@gmail.com
25                          www.patcuneo.com

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:     UNITED STATES DEPARTMENT OF JUSTICE
                            BY:   CHRISTEN SPROULE, AUSA
                            and   JOHN KUCERA, AUSA
 4                          ASSET FORFEITURE SECTION
                            312 North Spring Street, 14th Floor
 5                          Los Angeles, California 90012
                            213-894-4493 and 894-3391
 6                                 -and-
                            U.S. DEPARTMENT OF JUSTICE
 7                          BY:   KYLE RENEE FREENY, AUSA
                            and   WOO S. LEE, AUSA
 8                          Asset Forfeiture & Money Laundering Section
                            1400 New York Avenue, NW
 9                          Suite 10100
                            Washington, DC  20005
10                          202-619-2909

11   FOR THE DEFENDANTS:    KOBRE AND KIM LLP
                            BY:   ROBIN RATHMELL, ATTORNEY AT LAW
12                          1919 M Street NW
                            Washington, DC 20036
13                          202-664-1900
                            robin.rathmell@kobrekim.com
14                                 -and-
                            DEFENDANT:   KOBRE AND KIM LLP
15                          BY:   DANIEL A. ZAHEER, ATTORNEY AT LAW
                            150 California Street, 19th Floor
16                          San Francisco, California  94111
                            415-582-4800
17                          daniel.zaheer@kobrekim.com
                                   -and-
18                          KOBRE AND KIM LLP
                            BY:   SEAN P. CASEY, ATTORNEY AT LAW
19                          800 Third Avenue, 6th Floor
                            New York, New York 10022
20                          212-488-1200
                                   -and-
21                          HUANG YBARRA SINGER AND MAY LLP
                            BY:   AARON M. MAY, ATTORNEY AT LAW
22                          and   GRANT B. GELBERG, ATTORNEY AT LAW
                            550 South Hope Street, Suite 1850
23                          Los Angeles, California  90012
                            213-884-4900
24                          aaron.may@hysmlaw.com
                            grant.gelberg@hysmlaw.com

25
```

1    LOS ANGELES, CALIF.; MONDAY, DECEMBER 12, 2016; 2:03 P.M.

2                              -oOo-

3                THE CLERK:  Calling Item 10, 11, 12, 13, 15, 16,

4    17, 18, Case No. CV 16-5464, CV 16-5467, CV 16-5368,

5    CV 16-5369, CV 16-5370, CV 16-5374, CV 16-5375, CV 16-5378.

6                Counsel, please state your appearances.

7                MR. KUCERA:  Good afternoon, Your Honor.

8    John Kucera on behalf of the United States.  With me at

9    counsel table are Assistant United States Attorney

10   Christen Sproule, DOJ attorneys Woo Lee and Kyle Freeny.

11               MR. GELBERG:  Good morning, Your Honor.

12   Grant Gelberg on behalf of the moving parties.  With me at

13   counsel table are Daniel Zaheer, Robin Rathmell, Shawn

14   Casey, and Aaron May.

15               I should just note that the Pro Hac Vice

16   applications for Mr. Rathmell and Mr. Casey are currently

17   pending.

18               THE COURT:  All right.  Well, I haven't had a

19   chance to look at them yet but assuming they're in order

20   they'll be granted.

21               MR. GELBERG:  Thank you, Your Honor.

22               THE COURT:  And I'll hear from the moving parties.

23               Why don't you approach the lectern.  It's so much

24   easier for the court reporter.

25                      *(Pause in the proceedings.)*

1        MR. RATHMELL:  Your Honor, we're cognizant of the

2   fact that there are obviously several actions before you

3   that are all related.

4        With the Court's permission, I'd like to update

5   you on a couple of important events that have occurred since

6   the last filings in these cases last week.

7        THE COURT:  All right.

8        Any objection, Mr. Kucera?

9        MR. KUCERA:  Your Honor, the government is going

10  to be represented for these proceedings by DOJ attorney

11  Kyle Freeny.  I'll let her speak to these.

12       THE COURT:  All right.

13       MS. FREENY:  No objection, Your Honor.

14       THE COURT:  All right.  Thank you.

15       MR. RATHMELL:  I'm grateful.

16       Your Honor, you'll recall from the filing that was

17  made last week seeking a continuance of this hearing that

18  foreshadowed in that filing was the issuance of proceedings

19  in New Zealand and the Cayman Islands to replace the

20  trustees with trustees who were able to direct the relevant

21  LLCs to file claims in the forfeiture actions.

22       In those documents, we said that we expected those

23  actions to be filed by the end of last week.  Those actions

24  were, in fact, filed and progress has been made in that the

25  current trustees have consented to accept service of those

1  actions in New Zealand and Cayman.

2       They've consented to an abridged schedule for the

3  proceedings and they've consented for the hearings to be

4  listed on an emergency basis cognizant of the impact that

5  those hearings will have on these actions.

6       In New Zealand, it's gone a step further.  Just

7  half an hour or an hour ago we were notified that the local

8  judge in New Zealand has actually issued a hearing date in

9  New Zealand, Your Honor, of January the 20th.

10      In the Cayman Islands, the parties are jointly

11  approaching the court office to seek an equivalently urgent

12  date this afternoon.  The court listing office has indicated

13  that given the non-opposition, a date in January is to be

14  expected.

15      Your Honor, the position we therefore find

16  ourselves in is this.  The trustees are ready to be replaced

17  and will be replaced in New Zealand and the Cayman Islands

18  with trustees who are willing and able to do the job.

19      Your Honor has no doubt seen the letter from those

20  would-be trustees to this Court and those second trustees

21  have written to the New Zealand and Cayman courts.  So the

22  new structure is ready to be put in place to enable these

23  actions to be determined on the merits, Your Honor.

24      Our position is that particularly in light of the

25  developments since the continuance motion was filed last

1    week, it makes sense to continue these motions through to

2    January the 23rd where we will have an order from New

3    Zealand and we fully expect to have an order from the Cayman

4    Islands.

5           Our position is that although these actions have

6    been pending for some time, all of them are at or very

7    nearly at their inception.

8           Even over the last few days, the government has

9    stipulated with other parties in the same cases to extend

10   the time for claims to be made and Answers to be filed, such

11   time going beyond the 23rd when, with the Court's

12   indulgence, we would come back and withdraw our pending

13   motions because the trustees and the LLCs would then be in

14   place to litigate this case on the merits.

15          So for all those reasons, Your Honor, our primary

16   submission today and request today is that the intervention

17   motion and the extension motion are continued on the basis

18   that we've shown real genuine progress in New Zealand and

19   the Cayman Islands to enable these claims, as they should

20   be, to be litigated on their merits.

21          We're happy to engage with the government on any

22   questions it has about the structures and the actions in New

23   Zealand and the Cayman Islands.

24          But as you've seen from the filings, Your Honor,

25   is overwhelmingly the case that the entire purpose of this

1  structure is to put these assets and these claims before

2  this Court.

3         There's no funny business going on here and the

4  courts in New Zealand and Cayman deal with these things

5  quickly, efficiently, and will, as I say, enable this

6  litigation to proceed as it should and in line with the

7  other cases.

8         THE COURT:  All right.  Thank you.

9         MS. FREENY:  Good afternoon, Your Honor.

10        As to counsel's request to continue the hearing on

11 the claim of extension motion and their motion for extension

12 of time, we understood that the Court denied that motion

13 this past week.

14        From a more global perspective, there are several

15 series of procedural maneuvers that the claimants have

16 engaged in in the past six weeks since the claims -- the

17 applicable claims deadline has elapsed and it really have at

18 least two common themes that make relief inappropriate here.

19        The first is that they are calculated to resist

20 ordinary application of forfeiture law pursuant to which

21 these claimants, as they recognize, don't have a right to

22 participate in this litigation.

23        And the second common theme is that the claimants

24 appear to be trying to seek the Court's assistance to act on

25 behalf of a third party that they don't have a right to

1    control in order to vindicate interest in this litigation

2    that they don't actually themselves hold.

3         In terms of the claimant's argument about the

4    priority, that it should be a priority to get to a hearing

5    on the merits, I would like the opportunity to address that,

6    Your Honor, because it is a false premise.

7         It's a false premise both on the law and on the

8    equities.  It's a false premise on the law because this is

9    an In Rem proceeding or, to be more specific, multiple In

10   Rem proceedings.

11        And Congress has carefully defined the category of

12   persons who have a right to participate in this these

13   forfeiture actions; and the claimants appear to acknowledge

14   that they are not among that category.

15        And so -- and it's because they don't have a

16   legally cognizable interest, they are seeking to control the

17   actions of a third party; the third party being these

18   holding companies that actually hold title to the assets

19   which are then vested in discretionary trusts that the

20   claimants do not control.

21        The claimants have characterized in their own

22   papers the holding companies as the proper claimants in this

23   action and respect for the corporate form which the

24   claimants have taken advantage of in structuring these

25   assets requires them to respect the decision of those

1    holding companies.

2          Now, of course, it is in some sense a legal

3    fiction that these holding companies made a decision not to

4    participate in this case.  But it's a legal fiction that the

5    claimants, the Low family, availed themselves of for the

6    benefits that it provides.

7          It may be helpful to think of an analogy here

8    because this is a very, very unusual situation.  But if this

9    were a somewhat more normal situation of just a regular

10   corporation, not holding companies, not a web of trusts, but

11   a corporation decides not to file a claim and a minority

12   shareholder, who undoubtedly doesn't have standing to

13   participate in the forfeiture action, isn't happy with the

14   decision of the shareholder; tries to seek an extension of

15   time so that they can effect a hostile takeover, so that

16   they can buy more shares in order to change the decision.

17         That's sort of what's going on here and we

18   respectfully submit that the Court shouldn't indulge it.

19         In terms of the equities, as I mentioned, the

20   claimants are wrong in the law in the sense that they're

21   trying to override clear strictures in the forfeiture law.

22   But they also are in fact wrong in the equities.

23         The claimants took advantage of these trust

24   structures.  These are complicated foreign trust structures

25   for a particular benefit.  Whether that's tax consequences,

1   whether it's to protect the assets from judgments, for

2   example.   Whether it's to make it more difficult for

3   judgment creditors, other authorities to attach the assets,

4   to figure out information about the source or ownership of

5   the assets.

6              And having made that decision, respectfully, Your

7   Honor, the government believes that they should be -- they

8   should live with the consequences.  The equities do not

9   favor coming to this Court and asking the Court to remove

10  the very obstacles that they took advantage of.

11             THE COURT:  Well, they're sort of asking me to

12  wait until they're able to remove the obstacles.

13             MS. FREENY:  Yes, Your Honor.

14             And to that point, the Ninth Circuit has said that

15  extensions of time, the Court undoubtedly has discretion to

16  grant extensions of time but not where the extension of time

17  is sought for the purpose of circumventing or otherwise

18  thwarting the forfeiture rules.

19             And that's actually what's happening here.   They

20  are seeking the Court's license in a sense to what they're

21  doing; and it's really an astonishing ask in a certain

22  respect.

23             They are asking this Court to cede its authority

24  to control the progress of these cases to foreign courts so

25  that the claimants can go to these foreign courts, effect

1  change of legal ownership or control over the assets that

2  are actually defendants in these cases before the Court so

3  that the foreign courts can shape the identity of who

4  participants in this action; and we submit that that is not

5  a proper basis and therefore the Court should not license it

6  with an extension of time.

7          The other reason that their motion should be

8  denied -- their extension motion, that is, Your Honor -- is

9  that these claimants do not, as they acknowledge, have

10  authority to seek an extension of time on behalf of these

11  holding companies.  They admit that in the papers.  The

12  current trustees have that sole authority.

13          In terms of timing, Your Honor, we also -- I think

14  there's also a question of why this is coming up at this

15  point in time.

16          Again, in their papers, the claimants acknowledge

17  that the -- there have been discussions since August about

18  the trustees' reluctance to file claims in this case on

19  behalf of the holding companies.

20          So the government has a question about why the

21  claimants elected to wait until the very last day of the

22  claims deadline and then, instead of filing the current

23  motion, to file instead an extension motion.

24          Give me just one second.  I can tell that my

25  cocounsel has something for me to say.

1        (Plaintiff's counsel conferred.)

2        MS. FREENY:   And my cocounsel has reminded me of a

3   point I wanted to make, Your Honor.   Thank you.

4        So in our opposition to the motion to continue

5   that the government filed, I believe it was this Wednesday,

6   we raised another point of prejudice to the government with

7   the maneuvers that the claimants are currently trying to

8   engage in in these foreign courts.

9        And it's important to the government because it

10   may have an impact well down the road; and that's in trying

11   to shape the identity of who will actually participate in

12   this action, they very well may prejudice the government's

13   access to documents and access to information by way of

14   discovery because what they're doing, whether by design or

15   just by consequence, is to potentially change the identity

16   of the parties responding to Rule 26 party discovery.

17        And we have no assurances, the government has no

18   assurances that the same documents, the same information,

19   the same witnesses that are in the possession of the current

20   trustees, Rothschild and virtue, two trustees that have

21   actually been involved in some of the -- during some of the

22   relevant time periods.

23        We have no assurances that this new trustee has

24   access to any of that information and, frankly, Your Honor,

25   by all appearances, this new trustee does appear to be a

1   paid nominee who was chosen for its willingness to act on

2   behalf of the Low family who, again, don't have the right to

3   have the trustee -- to control the actions of the trustee.

4           THE COURT:  Well, if they'd acted in a timely

5   manner, we might be stuck with it; right?  I mean, I

6   wouldn't have any -- if they had gone in in a timely manner

7   right after the lawsuit was filed.

8           MS. FREENY:  That may well be the case and then we

9   would probably be here at some point down the road, Your

10  Honor, talking about what the consequences of that are for

11  discovery.

12          They didn't act in a timely manner and, again, the

13  law is clear that extensions -- let me start that one over,

14  Your Honor.

15          The law is clear that a claimant is not entitled

16  to the exercise of this court's discretion to obtain an

17  extension for this sort of purpose.

18          And even so, even if they were, even if this were

19  a proper purpose which really does, Your Honor, it does feel

20  a lot like a quitclaim.  It feels like a transfer of assets

21  subject to forfeiture in order to gerrymander the forfeiture

22  process.

23          Even assuming that that were a proper purpose, the

24  claimants have waited far too long to then come and ask the

25  Court's indulgence to extend the deadline further.

1          THE COURT:   And what's your response to the

2     comment that the government has agreed to extend the time to

3     file claims for other claimants?

4          MS. FREENY:   Your Honor, the government has agreed

5     to two extensions where those extensions are supported by

6     good cause and that's actual language, I believe, that's in

7     the rule.   But an extension of time must be supported by

8     good cause.

9          So there are occasions where the government in

10    these, you know, assorted matters.   There are a number of

11    different matters where a potential claimant, for example,

12    may be in discussions with the government to try to figure

13    out a way that they don't have to file a claim.

14          If, for example, the government can address

15    disputes with that claimant without having to get court

16    intervention and that's all aimed towards reducing the

17    issues before the court and also trying to resolve things

18    without having to have a claim filed.

19          This is a case in which there is no good cause and

20    so they were just diametrically opposite situations.   This

21    is not -- the government is not dogmatically opposed to

22    extensions of time and, in fact, granted extensions of time

23    I believe twice for the particular claimants at issue here.

24          But at a certain point, it appeared that the issue

25    was not going to be resolved.   At that point in time, the

1    claimants didn't come and move for an extension pending

2    these foreign actions.

3         It wasn't until one week before this hearing that

4    they indicated they were going to these foreign courts.

5         THE COURT:  All right.

6         MS. FREENY:  And then, Your Honor, just one

7    further point, if you would indulge me, in terms of the

8    possible prejudice and the timing considerations.

9         I understand that opposing counsel indicated that

10   at least some of the proceedings are set for hearing and

11   that he anticipates a quick resolution.

12        We posit that that really is speculative and it's

13   speculative for a couple of reasons.  There's a lot of

14   information that we don't know.  At least the government

15   doesn't know about these foreign actions that could really

16   cause this process to take a long time.

17        Among other things, opposing counsel indicated

18   that the current trustees have given their assent.  At least

19   as far as the government can tell from the papers that were

20   filed in the foreign courts, the trustee sort of gave

21   consent in principle but also indicated it hadn't seen a

22   copy of the filings, indicated that it still had questions.

23        And so it's not as simple as simply going to these

24   courts and, you know, getting a quick rubber stamp.  They're

25   just a lot of things.

| | |
|---|---|
| 1 | These structures are extraordinarily labyrinthine |
| 2 | to the point that, as I understand it, in the papers filed |
| 3 | in the foreign courts, though counsel attempted to set forth |
| 4 | here's what the structures are, they actually had to tell |
| 5 | the Court:  We have not had time to analyze the trust |
| 6 | documents in full to be able to describe what these |
| 7 | structures look like. |
| 8 | And so I think it's very speculative that if an |
| 9 | extension were granted for, say, 45 days, that that's the |
| 10 | end of the matter.  I think we would expect claimants to |
| 11 | come back and a say we need more time. |
| 12 | THE COURT:  Thank you. |
| 13 | MS. FREENY:  Thank you, Your Honor. |
| 14 | *(Pause in the proceedings.)* |
| 15 | MR. RATHMELL:  Your Honor, thank you.  I'll just |
| 16 | address a few brief points in reply. |
| 17 | First, to correct two important things for the |
| 18 | record here, the first is the assertion that there's some |
| 19 | sort of maneuvers going on or gamesmanship or playing |
| 20 | around, playing fast and loose.  That's far from the case. |
| 21 | It's obvious -- of course it's obvious that the |
| 22 | movants have ultimate beneficial ownership of the assets at |
| 23 | issue so it's not surprising that they want a trustee in |
| 24 | place who is going to be willing to defend those assets. |
| 25 | There's nothing gamesmanship about that.  If ever |

1  there were good cause, it's good cause to get something

2  forward on the merits rather than lose the assets.

3        And the second -- and this is very important, Your

4  Honor -- is the assertion made that the structure that is

5  being set up is somehow being set up so that the movants

6  will control what the LLCs do.

7        That is absolutely incorrect, Your Honor.  The

8  entity has agreed to be trustees.  Fund Fiduciary Partners

9  is an independent regulated entity, as Your Honor has seen

10 from the correspondence, that will be giving undertakings

11 that are punishable by imprisonment in the local courts and

12 will appear before this Court as required and the directors

13 of the U.S. LLCs who FFP are considering appointing will be

14 Alex Partners who, as Your Honor may know, is one of the

15 leading firms in distressed assets of restructuring and

16 trustee appointments used, in fact, by the DOJ and the SEC

17 regularly.

18        So these are going to be independent professionals

19 who execute a litigation strategy and that, Your Honor,

20 feeds into the broader point which Ms. Freeny made several

21 times which is if the beneficiaries take advantage of the

22 trust structure, they've got to take the consequences.

23        Now, that's obviously true so far as it goes; that

24 you give up day-to-day control when you place assets in

25 trust.  But there are two important points.

|    |                                                                        |
|----|------------------------------------------------------------------------|
| 1  | First, beneficiaries don't necessarily choose to                       |
| 2  | place assets in trust.  Beneficiaries are the beneficial                |
| 3  | owners but they're not those who put the assets in the trust            |
| 4  | in the first place.                                                     |
| 5  | But second, and more fundamentally, as Your Honor                      |
| 6  | is aware, the most fundamental thing you get from a trustee             |
| 7  | is protection of the trust assets.  You don't give up the               |
| 8  | right to have those assets protected.                                   |
| 9  | And when you have a trustee who is unable or                            |
| 10 | unwilling to do that protection, you have clear rights under            |
| 11 | the law to seek a replacement of the trustee, not I say to              |
| 12 | or I emphasize to take day-to-day control, not so that the              |
| 13 | trustee will say:  Look, beneficiaries, go ahead.  Just that            |
| 14 | the trustee will comply with its fundamental duty and get               |
| 15 | these assets litigated on the merits.                                   |
| 16 | In terms of prejudice, Your Honor, I think there's                     |
| 17 | a few points.  The first was the reference to FFP being a               |
| 18 | paid nominee and somehow being a mercenary.                             |
| 19 | Again, Your Honor has seen the correspondence from                     |
| 20 | them.  Your Honor is aware perhaps of Alex Partners but                 |
| 21 | certainly they are well-known in this country and                       |
| 22 | internationally.                                                        |
| 23 | There's just nothing to be -- there's nothing --                       |
| 24 | there's no basis for saying that they're somehow going to be            |
| 25 | at the behest of the movants.                                           |

1          The second is the point about discovery.   Your

2     Honor, the current trustees aren't even before this Court.

3     The new trustees will be before this Court.

4          The discovery position is going to be exactly the

5     same as it would have been under the old trustees.   If

6     anything, these proceedings are going to be more transparent

7     and more open on the merits; that if Rothschild or Kendris

8     had filed a claim or, rather, Rothschild or Kendris had

9     caused the LLCs to file the claim.

10          Because the new trustees, Your Honor, are

11     accepting that they will come before this Court and they are

12     accepting -- the only reason they are accepting the

13     trusteeship is on the express basis that they will hold the

14     assets so that the LLCs independently run will be able to

15     fight it out with the government on the merits.

16          And, finally, in relation to the extensions, I

17     think the dates speak for themselves, Your Honor.   There is

18     no material impact on these actions if this relatively short

19     continuance is granted.

20          We are very confident that we'll get a date in

21     Cayman at or before the same date as New Zealand and in

22     New Zealand we have that date.   The order will be issued

23     immediately.

24          In fact, the only thing that could delay it in

25     New Zealand would be if the U.S. government tries to delay

1    it there.

2              So there is absolutely no reason why coming back

3    here on the 23rd -- the only reason we'll be coming back

4    here is to withdraw the motions and that before you then

5    will be the LLCs who have made claims and are ready to get

6    these actions moving forward.

7              But ultimately, Your Honor, if for any reason that

8    doesn't happen and there's delays and the government's worst

9    fears have come true, no doubt you will have stern questions

10   for me and stern -- and there'll be an uphill struggle for

11   any more time.

12             But in the meantime, no real prejudice would have

13   been suffered because none of the other actions will have

14   been particularly advanced.

15             THE COURT:  All right.  Thank you.

16             Anything else, Ms. Freeny?

17             MS. FREENY:  Thank you, Your Honor.  I will try to

18   be brief.

19             Just to address a point that Mr. Rathmell said

20   characterizing FFP, the new proposed trustee, as an

21   independent -- as an independent professional.

22             This is a trustee that was handpicked by the Low

23   family who are the beneficiaries who have no right to

24   control the trust and actually, according to the papers

25   filed with the foreign courts, FFP consulted the same

1  counsel that is representing the Low family in determining

2  whether to take on the undertaking.

3        It also raises a question:  Why is FFP willing to

4  take this engagement and file a claim when the two current

5  trustees, who presumably have more information including

6  information in addition to what's in the Complaint, when

7  those trustees aren't willing to file a claim?

8        And in terms of discovery, the government has to

9  take exception with the characterization that discovery will

10  not -- the government's discovery right will not be

11  prejudiced.

12        The current trustees, should they have caused

13  claims to be filed, would be subject to Rule 26 discovery

14  notwithstanding the fact that these are two Swiss trustees

15  who otherwise would put the government to a rather extensive

16  burden in gathering the documents and information in their

17  possession.

18        If claimants are allowed to accomplish what

19  they're seeking to accomplish here, what will happen is the

20  current trustees will remain in the same position outside of

21  Rule 26 discovery and the government will be able to

22  propound Rule 26 discovery on this new trustee that will

23  presumably only know what the Low family told it.

24        And as we understand it, the Low family intends to

25  withdraw their claims in this case in the event that they

1  substitute a trustee and the government expects would then

2  also resist party discovery themselves.  That would

3  materially prejudice the government's position.

4         The last thing I would just close on, Your Honor,

5  is we talked about a lot of details, prejudice, timing.

6  But, fundamentally, what we have not heard from the

7  claimants and what we have not seen in their papers is a

8  citation to any precedent that would allow for the granting

9  of an extension of the claims deadline to allow a party to

10  manufacture standing or to cause a third party to appear in

11  the case when they don't control that third party and when

12  the movant has no legally cognizable right to participate in

13  the forfeiture action.

14         Thank you, Your Honor.

15         THE COURT:  All right.  Thank you.  I will get my

16  ruling out as soon as possible.

17         (At 2:31 p.m. proceedings were concluded.)

18

19                          -oOo-

20

21

22

23

24

25

CERTIFICATE

I, PAT CUNEO, CSR 1600, hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  December 14, 2016

/s/ PAT CUNEO

PAT CUNEO, OFFICIAL REPORTER
CSR NO. 1600

**MR. GELBERG: [2]** 3/10 3/20
**MR. KUCERA: [2]** 3/6 4/8
**MR. RATHMELL: [3]** 3/25 4/14 16/14
**MS. FREENY: [9]** 4/12 7/8 10/12 12/1 13/7 14/3 15/5 16/12 20/16
**THE CLERK: [1]** 3/2
**THE COURT: [13]** 3/17 3/21 4/6 4/11 4/13 7/7 10/10 13/3 13/25 15/4 16/11 20/14 22/14

**-**
**-and [4]** 2/6 2/14 2/17 2/20
**-oOo [2]** 3/2 22/19

**/**
**/s [1]** 23/16

**1**
**10 [1]** 3/3
**10022 [1]** 2/19
**10100 [1]** 2/9
**11 [1]** 3/3
**12 [3]** 1/18 3/1 3/3
**1200 [1]** 2/20
**13 [1]** 3/3
**14 [1]** 23/11
**1400 [1]** 2/8
**14th [1]** 2/4
**15 [1]** 3/3
**150 [1]** 2/15
**16 [1]** 3/3
**16-5364 [1]** 1/8
**16-5367 [1]** 1/13
**16-5368 [2]** 1/13 3/4
**16-5369 [2]** 1/13 3/5
**16-5370 [2]** 1/13 3/5
**16-5374 [2]** 1/14 3/5
**16-5375 [2]** 1/14 3/5
**16-5378 [2]** 1/14 3/5
**16-5464 [1]** 3/4
**1600 [3]** 1/21 23/3 23/17
**17 [1]** 3/4
**1782 [1]** 1/24
**18 [1]** 3/4
**1850 [1]** 2/22
**1900 [1]** 2/13
**1919 [1]** 2/12
**19th [1]** 2/15

**2**
**20005 [1]** 2/9
**20036 [1]** 2/12
**2016 [3]** 1/18 3/1 23/11
**202-619-2909 [1]** 2/10
**202-664-1900 [1]** 2/13
**20th [1]** 5/9
**212-488-1200 [1]** 2/20
**213-884-4900 [1]** 2/23
**213-894-1782 [1]** 1/24
**213-894-4493 [1]** 2/5
**23rd [1]** 6/2 6/11 20/3
**26 [4]** 12/16 21/13 21/21 21/22
**28 [1]** 23/4
**2909 [1]** 2/10
**2:03 [2]** 1/18 3/1
**2:31 [1]** 22/17

**3**
**312 [1]** 2/4
**3391 [1]** 2/5
**350 [1]** 1/22

**4**
**415-582-4800 [1]** 2/16
**4311 [1]** 1/23
**4493 [1]** 2/5
**45 [1]** 16/9
**4565 [1]** 1/23
**4800 [1]** 2/16
**4900 [1]** 2/23

**5**
**5364 [1]** 1/8
**5367 [1]** 1/13
**5368 [2]** 1/13 3/4
**5369 [2]** 1/13 3/5
**5370 [2]** 1/13 3/5
**5374 [2]** 1/14 3/5
**5375 [2]** 1/14 3/5
**5378 [2]** 1/14 3/5
**5464 [1]** 3/4
**5467 [1]** 3/4
**550 [1]** 2/22

**6**
**6th [1]** 2/19

**7**
**753 [1]** 23/4

**8**
**800 [1]** 2/19
**894-3391 [1]** 2/5

**9**
**90012 [2]** 2/5 2/23
**90012-4565 [1]** 1/23
**94111 [1]** 2/16

**A**
**AARON [2]** 2/21 3/14
**aaron.may [1]** 2/24
**able [6]** 4/20 5/18 10/12 16/6 19/14 21/21
**about [10]** 6/22 8/3 10/4 11/7 11/20 13/10 15/15 16/25 19/1 22/5
**above [1]** 23/7
**above-entitled [1]** 23/7
**abridged [1]** 5/2
**absolutely [2]** 17/7 20/2
**accept [1]** 4/25
**accepting [3]** 19/11 19/12 19/12
**access [3]** 12/13 12/13 12/24
**accomplish [2]** 21/18 21/19
**according [1]** 20/24
**acknowledge [3]** 8/13 11/9 11/16
**act [3]** 7/24 13/1 13/12
**acted [1]** 13/4
**action [5]** 8/23 9/13 11/4 12/12 22/13
**actions [17]** 4/2 4/21 4/23 4/23 5/1 5/5 5/23 6/5 6/22 8/13 8/17 13/3 15/2 15/15 19/18 20/6 20/13
**actual [1]** 14/6
**actually [9]** 5/8 8/2 8/18 10/19 11/2 12/11 12/21 16/4 20/24

**addition [1]** 21/6
**address [4]** 3/9 6/24 6/25 18/25
**admit [1]** 11/11
**advanced [1]** 20/14
**advantage [4]** 8/24 9/23 10/10 17/21
**after [1]** 13/7
**afternoon [3]** 3/7 5/12 7/9
**again [4]** 11/16 13/2 13/12 18/19
**ago [1]** 5/7
**agreed [3]** 14/2 14/4 17/8
**ahead [1]** 18/13
**aimed [1]** 14/16
**Alex [2]** 17/14 18/20
**all [13]** 3/18 4/3 4/7 4/12 4/14 6/6 6/15 7/8 12/25 14/16 15/5 20/15 22/15
**allow [2]** 22/8 22/9
**allowed [1]** 21/18
**also [7]** 9/22 11/13 11/14 14/17 15/21 21/3 22/2
**although [1]** 6/5
**AMERICA [1]** 1/6
**among [2]** 8/14 15/17
**analogy [1]** 9/7
**analyze [1]** 16/5
**Angeles [5]** 1/17 1/23 2/5 2/23 3/1
**another [1]** 12/6
**Answers [1]** 6/10
**anticipates [1]** 15/11
**any [8]** 1/9 4/8 6/21 12/24 13/6 20/7 20/11 22/8
**anything [2]** 19/6 20/16
**appear [5]** 7/24 8/13 12/25 17/12 22/10
**appearances [3]** 2/1 3/6 12/25
**appeared [1]** 14/24
**applicable [1]** 7/17
**application [1]** 7/20
**applications [1]** 3/16
**appointing [1]** 17/13
**appointments [1]** 17/16
**approach [1]** 3/23
**approaching [1]** 5/11
**are [45]**
**aren't [2]** 19/2 21/7
**argument [1]** 8/3
**around [1]** 16/20
**as [26]**
**ask [2]** 10/21 13/24
**asking [3]** 10/9 10/11 10/23
**assent [1]** 15/18
**assertion [2]** 16/18 17/4
**ASSET [2]** 2/4 2/8
**assets [19]** 7/1 8/18 8/25 10/1 10/3 10/5 11/1 13/20 16/22 16/24 17/2 17/15 17/24 18/2 18/3 18/7 18/8 18/15 19/14
**assistance [1]** 7/24
**Assistant [1]** 3/9
**assorted [1]** 14/10
**assuming [2]** 3/19 13/23
**assurances [3]** 12/17 12/18 12/23
**astonishing [1]** 10/21
**at [23]** 2/11 2/15 2/18 2/21 2/22 3/8 3/12 3/19 6/6 6/7 7/17 11/14 13/9 14/23 14/24 14/25 15/10 15/14 15/18 16/22 18/25 19/21 22/17
**attach [1]** 10/3
**attempted [1]** 16/3

**A**

attorney [7]  2/11 2/15 2/18 2/21 2/22
3/9 4/10
attorneys [1]  3/10
August [1]  11/17
AUSA [4]  2/3 2/3 2/7 2/7
authorities [1]  10/3
authority [3]  10/23 11/10 11/12
availed [1]  9/5
Avenue [2]  2/8 2/19
aware [2]  18/6 18/20

**B**

back [4]  6/12 16/11 20/2 20/3
basis [5]  5/4 6/17 11/5 18/24 19/13
be [50]
because [9]  6/13 8/6 8/8 8/15 9/8 12/9
12/14 19/10 20/13
been [7]  4/24 6/6 11/17 12/21 19/5
20/13 20/14
before [11]  4/2 7/1 11/2 14/17 15/3
17/12 19/2 19/3 19/11 19/21 20/4
behalf [6]  3/8 3/12 7/25 11/10 11/19
13/2
behest [1]  18/25
being [5]  8/17 17/5 17/5 18/17 18/18
believe [3]  12/5 14/6 14/23
believes [1]  10/7
beneficial [2]  16/22 18/2
beneficiaries [5]  17/21 18/1 18/2
18/13 20/23
benefit [1]  9/25
benefits [1]  9/6
beyond [1]  6/11
both [1]  8/7
brief [2]  16/16 20/18
broader [1]  17/20
burden [1]  21/16
business [1]  7/3
but [17]  3/19 6/24 9/4 9/8 9/10 9/22
10/16 14/7 14/24 15/21 17/25 18/3
18/5 18/20 20/7 20/12 22/6
buy [1]  9/16

**C**

CA [1]  1/23
calculated [1]  7/19
CALIF [1]  3/1
CALIFORNIA [6]  1/2 1/17 2/5 2/15
2/16 2/23
Calling [1]  3/3
can [7]  9/15 9/16 10/25 11/3 11/24
14/14 15/19
carefully [1]  8/11
case [10]  3/4 6/14 6/25 9/4 11/18 13/8
14/19 16/20 21/25 22/11
Case No. CV [1]  3/4
cases [6]  1/13 4/6 6/9 7/7 10/24 11/2
CASEY [3]  2/18 3/14 3/16
category [2]  8/11 8/14
cause [7]  14/6 14/8 14/19 15/16 17/1
17/1 22/10
caused [2]  19/9 21/12
Cayman [10]  4/19 5/1 5/10 5/17 5/21
6/3 6/19 6/23 7/4 19/21
cede [1]  10/23
CENTRAL [1]  1/2
certain [2]  10/21 14/24

certainly [1]  18/21
CERTIFICATE [1]  23/3
certify [1]  23/3
chance [1]  3/19
change [3]  9/16 11/1 12/15
characterization [1]  21/9
characterized [1]  8/21
characterizing [1]  20/20
choose [1]  18/1
chosen [1]  13/1
CHRISTEN [2]  2/3 3/10
Christen Sproule [1]  3/10
Circuit [1]  10/14
circumventing [1]  10/17
citation [1]  22/8
claim [8]  7/11 9/11 14/13 14/18 19/8
19/9 21/4 21/7
claimant [3]  13/15 14/11 14/15
claimant's [1]  8/3
claimants [23]  7/15 7/21 7/23 8/13
8/20 8/21 8/22 8/24 9/5 9/20 9/23
10/25 11/9 11/16 11/21 12/7 13/24
14/3 14/23 15/1 16/10 21/18 22/7
claims [13]  4/21 6/10 6/19 7/1 7/16
7/17 11/18 11/22 14/3 20/5 21/13
21/25 22/9
clear [4]  9/21 13/13 13/15 18/10
close [2]  22/4
CM [1]  1/21
cocounsel [2]  11/25 12/2
Code [1]  23/4
cognizable [2]  8/16 22/12
cognizant [2]  4/1 5/4
come [6]  6/12 13/24 15/1 16/11 19/1
20/9
coming [4]  10/9 11/14 20/2 20/3
comment [1]  14/2
common [2]  7/17 7/23
companies [7]  8/18 8/22 9/1 9/3 9/10
11/11 11/19
Complaint [1]  21/6
complicated [1]  9/24
comply [1]  18/14
concluded [1]  22/17
Conference [1]  23/9
conferred [1]  12/1
confident [1]  19/20
conformance [1]  23/8
Congress [1]  8/11
consent [1]  15/21
consented [3]  4/25 5/2 5/3
consequence [1]  12/15
consequences [4]  9/25 10/8 13/10
17/22
considerations [1]  15/8
considering [1]  17/13
consulted [1]  20/25
continuance [3]  4/17 5/25 19/19
continue [1]  6/1 7/10 12/4
continued [1]  6/17
control [11]  8/1 8/16 8/20 10/24 11/1
13/3 17/6 17/24 18/12 20/24 22/11
copy [1]  15/22
corporate [1]  8/23
corporation [2]  9/10 9/11
correct [2]  16/17 23/5
correspondence [2]  17/10 18/19
could [2]  15/15 19/24

counsel [9]  2/1 3/6 3/9 3/13 12/1 15/9
19/2 19/3 23/1
counsel's [1]  7/10
country [1]  18/21
couple [2]  4/5 15/13
course [1]  9/2 16/21
court [21]  1/1 3/24 5/11 5/12 5/20 7/2
7/12 9/10 10/9 10/15 10/23 11/2
11/5 14/15 14/17 16/5 17/12 19/2 19/3
19/11
court's [6]  4/4 6/11 7/24 10/20 13/16
13/25
Courthouse [1]  1/22
courts [12]  5/21 7/4 10/24 10/25 11/3
12/8 15/4 15/20 15/24 16/3 17/11
20/25
creditors [1]  10/3
CRR [1]  1/21
CRR-CM [1]  1/21
CSR [3]  1/21 23/3 23/17
CUNEO [4]  1/21 23/3 23/16 23/17
current [9]  4/25 11/12 11/22 12/19
15/18 19/2 21/4 21/12 21/20
currently [2]  3/16 12/7
CV [16]  1/8 1/13 1/13 1/13 1/13 1/14
1/14 1/14 3/4 3/4 3/5 3/5 3/5 3/5
3/5
CV 16-5467 [1]  3/4

**D**

DALE [1]  1/4
DANIEL [2]  2/15 3/13
Daniel Zaheer [1]  3/13
daniel.zaheer [1]  2/17
date [5]  5/8 5/12 5/13 19/20 19/21
19/22 23/11
dates [1]  19/17
day [5]  11/21 17/24 17/24 18/12 18/12
day-to-day [2]  17/24 18/12
days [2]  6/8 16/9
DC [2]  2/9 2/12
deadline [4]  7/17 11/22 13/25 22/9
deal [1]  7/4
December [3]  1/18 3/1 23/11
decides [1]  9/11
decision [5]  8/25 9/3 9/14 9/16 10/6
defend [1]  16/24
Defendant [2]  1/11 2/14
defendants [2]  2/11 11/2
defined [1]  8/11
delay [2]  19/24 19/25
delays [1]  20/8
denied [2]  7/12 11/8
DEPARTMENT [2]  2/2 2/6
describe [1]  16/6
design [1]  12/14
details [1]  22/5
determined [1]  5/23
determining [1]  21/1
developments [1]  10/25
diametrically [1]  14/20
didn't [2]  13/12 15/1
different [1]  14/11
difficult [1]  10/2
direct [1]  4/20
directors [1]  17/12
discovery [12]  12/14 12/16 13/11 19/1
19/4 21/8 21/9 21/10 21/13 21/21

**D**

discovery... **[2]** 21/22 22/2
discretion **[2]** 10/15 13/16
discretionary **[1]** 8/19
discussions **[2]** 11/17 14/12
disputes **[1]** 14/15
distressed **[1]** 17/15
DISTRIBUTION **[1]** 1/10
DISTRICT **[2]** 1/1 1/2
DIVISION **[1]** 1/3
do **[6]** 5/18 8/20 10/8 11/9 17/6 18/10
documents **[5]** 4/22 12/13 12/18 16/6
21/16
does **[2]** 12/25 13/19 13/19
doesn't **[3]** 9/12 15/15 20/8
dogmatically **[1]** 14/21
doing **[2]** 10/21 12/14
DOJ **[3]** 3/10 4/10 17/16
don't **[11]** 3/23 7/21 7/25 8/2 8/15 13/2
14/13 15/14 18/1 18/7 22/11
doubt **[2]** 5/19 20/9
down **[2]** 12/10 13/9
DSF **[1]** 1/8
DSF-PLA **[1]** 1/8
during **[1]** 12/21
duty **[1]** 18/14

**E**

easier **[1]** 3/24
effect **[2]** 9/15 10/25
efficiently **[1]** 7/5
elapsed **[1]** 7/17
elected **[1]** 11/21
else **[1]** 20/16
emergency **[1]** 5/4
emphasize **[1]** 18/12
enable **[3]** 5/22 6/19 7/5
end **[2]** 4/23 16/10
engage **[2]** 6/21 12/8
engaged **[1]** 7/16
engagement **[1]** 21/4
entire **[1]** 6/25
entitled **[2]** 13/15 23/7
entity **[2]** 17/8 17/9
equities **[4]** 8/8 9/19 9/22 10/8
equivalently **[1]** 5/11
ETC **[1]** 1/10
even **[6]** 6/8 13/18 13/18 13/18 13/23
19/2
event **[1]** 21/25
events **[1]** 4/5
ever **[1]** 16/25
exactly **[1]** 19/4
example **[3]** 10/2 14/11 14/14
exception **[1]** 21/9
execute **[1]** 17/19
exercise **[1]** 13/16
expect **[2]** 6/3 16/10
expected **[2]** 4/22 5/14
expects **[1]** 22/1
express **[1]** 19/13
extend **[3]** 6/9 13/25 14/2
extension **[14]** 6/17 7/11 7/11 9/14
10/16 11/6 11/8 11/10 11/23 13/17
14/7 15/1 16/9 22/9
extensions **[8]** 10/15 10/16 13/13 14/5
14/5 14/22 14/22 19/16

extensive **[1]** 21/15
extraordinarily **[1]** 11/18

**F**

fact **[7]** 4/2 4/24 9/22 14/22 17/16
19/24 21/14
false **[3]** 8/6 8/7 8/8
family **[6]** 9/5 13/2 20/23 21/1 21/23
21/24
far **[4]** 13/24 15/19 16/20 17/23
fast **[1]** 16/20
favor **[1]** 10/9
fears **[1]** 20/9
feeds **[1]** 17/20
feel **[1]** 13/19
feels **[1]** 13/20
few **[5]** 6/8 16/16 18/17
FFP **[5]** 17/13 18/17 20/20 20/25 21/3
fiction **[2]** 9/3 9/4
Fiduciary **[1]** 17/8
fight **[1]** 19/15
figure **[2]** 10/4 14/12
file **[9]** 4/21 9/11 11/18 11/23 14/3
14/13 19/9 21/4 21/7
filed **[12]** 4/23 4/24 5/25 6/10 12/5 13/7
14/18 15/20 16/2 19/8 20/25 21/13
filing **[3]** 4/16 4/18 11/22
filings **[3]** 4/6 6/24 15/22
finally **[1]** 19/16
find **[1]** 5/15
firms **[1]** 17/15
first **[8]** 1/22 1/22 7/19 16/17 16/18
18/1 18/4 18/17
FISCHER **[1]** 1/4
Floor **[3]** 2/4 2/15 2/19
foregoing **[1]** 23/5
foreign **[1]** 9/24 10/24 10/25 11/3
12/8 15/2 15/4 15/15 15/20 16/3 20/25
foreshadowed **[1]** 4/18
forfeiture **[11]** 2/4 2/8 4/21 7/20 8/13
9/13 9/21 10/18 13/21 13/21 22/13
form **[1]** 8/23
format **[1]** 23/7
forth **[1]** 16/3
forward **[2]** 17/2 20/6
Francisco **[1]** 2/16
frankly **[1]** 12/24
FREENY **[5]** 2/7 3/10 4/11 17/20 20/16
full **[1]** 16/6
fully **[1]** 6/3
Fund **[1]** 17/8
fundamental **[2]** 18/6 18/14
fundamentally **[1]** 18/5 22/6
funny **[1]** 7/3
further **[3]** 5/6 13/25 15/7

**G**

gamesmanship **[2]** 16/19 16/25
gathering **[1]** 21/16
gave **[1]** 15/20
GELBERG **[2]** 2/22 3/12
genuine **[1]** 6/18
gerrymander **[1]** 13/21
get **[8]** 8/4 14/15 17/1 18/6 18/14 19/20
20/5 22/15
getting **[1]** 15/24
give **[3]** 11/24 17/24 18/7
given **[2]** 5/13 15/18

giving **[1]** 17/10
global **[1]** 17/14
gmail.com **[1]** 1/24
go **[2]** 10/25 18/13
goes **[1]** 17/23
going **[13]** 4/9 6/11 7/3 9/17 14/25
15/4 15/23 16/19 16/24 17/18 18/24
19/4 19/6
gone **[2]** 5/6 13/6
good **[8]** 3/7 3/11 7/9 14/6 14/8 14/19
17/1 17/1
got **[2]** 17/22
government **[23]** 4/9 6/8 6/21 10/7
11/20 12/5 12/6 12/9 12/17 14/2 14/4
14/9 14/12 14/14 14/21 15/14 15/19
19/15 19/25 21/8 21/15 21/21 22/1
government's **[4]** 12/12 20/8 21/10
22/3
grant **[3]** 2/22 3/12 10/16
Grant Gelberg **[1]** 3/12
grant.gelberg **[1]** 2/24
granted **[4]** 3/20 14/22 16/9 19/19
granting **[1]** 22/8
grateful **[1]** 4/15

**H**

Hac **[1]** 3/15
had **[7]** 3/18 13/6 15/22 16/4 16/5 19/8
19/8
hadn't **[1]** 15/21
half **[1]** 5/7
handpicked **[1]** 20/22
happen **[2]** 20/8 21/19
happening **[1]** 10/19
happy **[2]** 6/21 9/13
has **[22]** 4/24 5/8 5/12 5/19 6/8 6/22
7/17 8/11 10/14 10/15 11/20 11/25
12/2 12/17 12/23 14/2 14/4 14/8 17/9
18/19 21/8 22/12
have **[47]**
haven't **[1]** 3/18
having **[3]** 10/6 14/15 14/18
he **[1]** 15/11
hear **[1]** 3/22
heard **[1]** 22/6
hearing **[6]** 4/17 5/8 7/10 8/4 15/3
15/10
hearings **[2]** 5/3 5/5
held **[1]** 23/6
helpful **[1]** 9/7
her **[1]** 4/11
here **[11]** 7/3 7/16 9/7 9/17 10/19 13/9
14/23 16/18 20/3 20/4 21/19
here's **[1]** 16/4
hereby **[1]** 23/3
hold **[3]** 8/2 8/18 19/13
holding **[7]** 8/18 8/22 9/1 9/3 9/10
11/11 11/19
Honor **[44]**
HONORABLE **[1]** 1/4
Hope **[1]** 2/22
hostile **[1]** 9/15
hour **[2]** 5/7 5/7
HUANG **[1]** 2/21
hysmlaw.com **[2]** 2/24 2/24

**I**

I'd **[1]** 4/4

**I**

I'll [3]  3/22 4/11 16/15
I'm [1]  4/15
identity [3]  11/3 12/11 12/15
if [16]  9/8 13/4 13/6 13/18 13/18 14/14
  15/7 16/8 16/25 17/21 19/5 19/7 19/18
  19/25 20/7 21/18
immediately [1]  19/23
impact [3]  5/4 12/10 19/18
important [5]  4/5 12/9 16/17 17/3
  17/25
imprisonment [1]  17/11
inappropriate [1]  7/18
inception [1]  6/7
including [1]  21/5
incorrect [1]  17/7
independent [4]  17/9 17/18 20/21
  20/21
independently [1]  19/14
indicated [6]  5/12 15/4 15/9 15/17
  15/21 15/22
indulge [2]  9/18 15/7
indulgence [2]  6/12 13/25
information [8]  10/4 12/13 12/18
  12/24 15/14 21/5 21/6 21/16
instead [2]  11/22 11/23
intends [1]  21/24
interest [2]  8/1 8/16
internationally [1]  18/22
Intervene [1]  1/19
intervention [2]  6/16 14/16
involved [1]  12/21
is [58]
Islands [6]  4/19 5/10 5/17 6/4 6/19
  6/23
isn't [1]  9/13
issuance [1]  4/18
issue [3]  14/23 14/24 16/23
issued [2]  5/8 19/22
issues [1]  14/17
it [30]
it's [17]  3/23 5/6 8/7 8/8 8/15 9/4 10/1
  10/2 10/21 12/9 15/12 15/23 16/8
  16/21 16/21 16/23 17/1
Item [1]  3/3
Item 10 [1]  3/3
its [3]  10/23 13/1 18/14

**J**

January [3]  5/9 5/13 6/2
job [1]  5/18
JOHN [2]  2/3 3/8
John Kucera [1]  3/8
jointly [1]  5/10
judge [2]  1/4 5/8
judgment [1]  10/3
judgments [1]  10/1
Judicial [1]  23/8
just [13]  3/15 5/6 9/9 11/24 12/15
  14/20 15/6 15/25 16/15 18/13 18/23
  20/19 22/4
JUSTICE [2]  2/2 2/6
JW [1]  1/10

**K**

Kendris [2]  19/7 19/8
KIM [3]  2/11 2/14 2/18
know [6]  14/10 15/14 15/15 15/24

17/14 21/23
known [1]  18/2
KOBRE [3]  2/11 2/14 2/18
kobrekim.com [2]  2/13 2/17
KUCERA [3]  2/3 3/8 4/8
KYLE [3]  2/7 3/10 4/11

**L**

labyrinthine [1]  16/1
language [1]  14/6
last [8]  4/6 4/6 4/17 4/23 5/25 6/8
  11/21 22/4
Laundering [1]  2/8
law [13]  2/11 2/15 2/18 2/21 2/22 7/20
  8/7 8/8 9/20 9/21 13/13 13/15 18/11
lawsuit [1]  13/7
leading [1]  17/15
least [4]  7/18 15/10 15/14 15/18
lectern [1]  3/23
LEE [2]  2/7 3/10
legal [3]  9/2 9/4 11/1
legally [2]  8/16 22/12
let [2]  4/11 13/13
letter [1]  5/19
license [2]  10/20 11/5
light [1]  5/24
like [5]  4/4 8/5 13/20 13/20 16/7
line [1]  7/6
listed [1]  5/4
listing [1]  5/12
litigate [1]  6/14
litigated [2]  6/20 18/15
litigation [4]  7/6 7/22 8/1 17/19
live [1]  10/8
LLCs [5]  4/21 6/13 17/6 17/13 19/9
  19/14 20/5
LLP [4]  2/11 2/14 2/18 2/21
local [2]  5/7 17/11
long [2]  13/24 15/16
look [3]  3/19 16/7 18/13
loose [1]  16/20
Los [5]  1/17 1/23 2/5 2/23 3/1
lose [1]  17/2
lot [4]  13/20 15/13 15/25 22/5
Low [6]  9/5 13/2 20/22 21/1 21/23
  21/24

**M**

made [8]  4/17 4/24 6/10 9/3 10/6 17/4
  17/20 20/5
make [3]  7/18 10/2 12/3
makes [1]  6/1
maneuvers [3]  7/15 12/7 16/19
manner [3]  13/5 13/6 13/12
manufacture [1]  22/10
material [1]  19/18
materially [1]  22/3
matter [2]  11/6 10/23/7
matters [2]  14/10 14/11
may [9]  2/21 2/21 3/14 9/7 12/10 12/12
  13/8 14/12 17/14
me [9]  3/8 3/12 10/11 11/24 11/25 12/2
  13/13 15/7 20/10
mean [1]  13/5
meantime [1]  20/12
mentioned [1]  9/19
mercenary [1]  18/18
merits [8]  5/23 6/14 6/20 8/5 17/2

18/15 19/7 19/15
minority [1]  9/11
Monday [1]  1/18 3/1
Money [1]  2/8
more [11]  7/14 8/9 9/9 9/16 10/2 16/11
  18/5 19/6 19/7 20/11 21/5
morning [1]  3/11
most [1]  18/6
motion [12]  1/19 5/25 6/17 6/17 7/11
  7/11 7/12 11/7 11/8 11/23 11/23 12/4
motions [2]  6/1 6/13 20/4
movant [1]  22/12
movants [3]  16/22 17/5 18/25
move [1]  15/1
moving [3]  3/12 3/22 20/6
Mr. [4]  3/16 3/16 4/8 20/19
Mr. Casey [1]  3/16
Mr. Kucera [1]  4/8
Mr. Rathmell [2]  3/16 20/19
Ms. [2]  17/20 20/16
Ms. Freeny [2]  17/20 20/16
much [1]  3/23
multiple [1]  8/9
must [1]  14/7
my [3]  11/24 12/2 22/15

**N**

nearly [1]  6/7
necessarily [1]  18/1
need [1]  16/11
new [24]
New Zealand [5]  5/1 5/6 5/8 5/9 19/21
NILE [1]  1/10
Ninth [1]  10/14
no [16]  1/8 4/13 5/19 7/3 12/17 12/17
  12/23 14/19 18/24 19/18 20/2 20/9
  20/12 20/23 22/12 23/17
No. [1]  3/4
nominee [2]  13/1 18/18
non [1]  5/13
non-opposition [1]  5/13
none [1]  20/13
normal [1]  9/9
North [1]  2/4
not [25]
note [1]  3/15
nothing [3]  16/25 18/23 18/23
notified [1]  5/7
notwithstanding [1]  21/14
Now [2]  9/2 17/23
number [1]  14/10
NW [2]  2/8 2/12

**O**

objection [2]  4/8 4/13
obstacles [2]  10/10 10/12
obtain [1]  13/16
obvious [2]  16/21 16/21
obviously [2]  4/2 17/23
occasions [1]  14/9
occurred [1]  4/5
office [2]  5/11 5/12
Official [1]  1/21 23/17
old [1]  19/5
on [32]
one [5]  11/24 13/13 15/3 15/6 17/14
only [4]  19/12 19/24 20/3 21/23

**O**

**oOo [2]**  3/2 22/19
**open [1]**  19/7
**opportunity [1]**  8/5
**opposed [1]**  14/21
**opposing [2]**  15/9 15/17
**opposite [1]**  14/20
**opposition [2]**  5/13 12/4
**or [17]**  1/10 5/7 6/6 8/9 10/4 10/17
  11/1 12/14 16/19 16/19 18/9 18/12
  19/7 19/8 19/8 19/21 22/10
**order [7]**  3/19 6/2 6/3 8/1 9/16 13/21
  19/22
**ordinary [1]**  7/20
**other [7]**  6/9 7/7 10/3 11/7 14/3 15/17
  20/13
**otherwise [2]**  10/17 21/15
**our [5]**  5/24 6/5 6/12 6/15 12/4
**ourselves [1]**  5/16
**out [4]**  10/4 14/13 19/15 22/16
**outside [1]**  21/20
**over [3]**  6/8 11/1 13/13
**override [1]**  9/21
**overwhelmingly [1]**  6/25
**OWED [1]**  1/10
**own [1]**  8/21
**OWNED [1]**  1/10
**owners [1]**  18/3
**ownership [3]**  10/4 11/1 16/22

**P**

**p.m [3]**  1/18 3/1 22/17
**page [1]**  23/7
**paid [2]**  13/1 18/18
**papers [7]**  8/22 11/11 11/16 15/19
  16/2 20/24 22/7
**participants [1]**  11/4
**participate [7]**  7/22 8/12 9/4 9/13
  12/11 22/12
**particular [2]**  9/25 14/23
**particularly [2]**  5/24 20/14
**parties [5]**  3/12 3/22 5/10 6/9 12/16
**Partners [3]**  17/8 17/14 18/20
**party [8]**  7/25 8/17 8/17 12/16 22/2
  22/9 22/10 22/11
**past [2]**  7/13 7/16
**PAT [4]**  1/21 23/3 23/16 23/17
**patcuneo1600 [1]**  1/24
**Pause [2]**  3/25 16/14
**pending [4]**  3/17 6/6 6/12 15/1
**perhaps [1]**  18/20
**periods [1]**  12/22
**permission [1]**  4/4
**persons [1]**  8/12
**perspective [1]**  7/14
**PLA [1]**  1/8
**place [6]**  5/22 6/14 16/24 17/24 18/2
  18/4
**Plaintiff [2]**  1/7 2/2
**Plaintiff's [1]**  12/1
**playing [2]**  16/19 16/20
**please [1]**  3/6
**point [12]**  10/14 11/15 12/3 12/6 13/9
  14/24 14/25 15/7 16/2 17/20 19/1
  20/19
**points [3]**  16/16 17/25 18/17
**posit [1]**  15/12

**position [6]**  5/15 5/24 6/5 19/4 21/20
**possession [2]**  12/19 21/7
**possible [2]**  15/8 22/16
**potential [1]**  14/11
**potentially [1]**  12/15
**precedent [1]**  22/8
**prejudice [7]**  12/6 12/12 15/8 18/16
  20/12 22/3 22/5
**prejudiced [1]**  21/11
**premise [3]**  8/6 8/7 8/8
**PRESIDING [1]**  1/4
**presumably [2]**  21/5 21/23
**primary [1]**  6/15
**principle [1]**  15/21
**priority [2]**  8/4 8/4
**Pro [1]**  3/15
**probably [1]**  13/9
**procedural [1]**  7/15
**proceed [1]**  7/6
**proceeding [1]**  8/9
**proceedings [11]**  1/16 3/25 4/10 4/18
  5/3 8/10 15/10 16/14 19/6 22/17 23/6
**PROCEEDS [1]**  1/10
**process [2]**  13/22 15/16
**professional [1]**  20/21
**professionals [1]**  17/18
**PROFITS [1]**  1/9
**progress [3]**  4/24 6/18 10/24
**proper [4]**  8/22 11/5 13/19 13/23
**proposed [1]**  20/20
**propound [1]**  21/22
**protect [1]**  10/1
**protected [1]**  18/8
**protection [2]**  18/7 18/10
**provides [1]**  9/6
**punishable [1]**  17/11
**purpose [5]**  6/25 10/17 13/17 13/19
  13/23
**pursuant [2]**  7/20 23/4
**put [4]**  5/22 7/1 18/3 21/15

**Q**

**question [3]**  11/14 11/20 21/3
**questions [6]**  5/22 15/22 20/9
**quick [2]**  15/11 15/24
**quickly [1]**  7/5
**quitclaim [1]**  13/20

**R**

**raised [1]**  12/6
**raises [1]**  21/3
**rather [2]**  17/2 19/8 21/15
**RATHMELL [4]**  2/11 3/13 3/16 20/19
**ready [3]**  5/16 5/22 20/5
**real [2]**  6/18 20/12
**really [5]**  7/17 10/21 13/19 15/12 15/15
**reason [5]**  11/7 19/12 20/2 20/3 20/7
**reasons [2]**  6/15 15/13
**recall [1]**  4/16
**recognize [1]**  7/21
**record [1]**  16/18
**reducing [1]**  14/16
**reference [1]**  18/17
**regular [1]**  9/9
**regularly [1]**  17/17
**regulated [1]**  17/9
**regulations [1]**  23/8

**related [2]**  1/13 4/3
**relatively [1]**  19/18
**relevant [2]**  4/20 12/22
**relief [1]**  7/18
**reluctance [1]**  11/18
**Rem [2]**  8/9 8/10
**remain [1]**  21/20
**reminded [1]**  12/2
**remove [2]**  10/9 10/12
**RENEE [1]**  2/7
**replace [1]**  4/19
**replaced [2]**  5/16 5/17
**replacement [1]**  18/11
**reply [1]**  16/16
**reported [1]**  23/6
**reporter [3]**  1/21 3/24 23/17
**REPORTER'S [1]**  1/16
**represented [1]**  4/10
**representing [1]**  21/1
**request [2]**  6/16 7/10
**required [1]**  17/12
**requires [1]**  8/25
**resist [2]**  7/19 22/2
**resolution [1]**  15/11
**resolve [1]**  14/17
**resolved [1]**  14/25
**respect [3]**  8/23 8/25 10/22
**respectfully [2]**  9/18 10/6
**responding [1]**  12/16
**response [1]**  14/1
**restructuring [1]**  17/15
**right [18]**  3/18 4/7 4/12 4/14 7/8 7/21
  7/25 8/12 13/2 13/5 13/7 15/5 18/8
  20/15 20/23 21/10 22/12 22/15
**rights [2]**  1/9 18/10
**road [2]**  12/10 13/9
**ROBIN [2]**  2/11 3/13
**Robin Rathmell [1]**  3/13
**robin.rathmell [1]**  2/13
**Room [1]**  1/23
**Rothschild [3]**  12/20 19/7 19/8
**ROYALTIES [1]**  1/9
**rubber [1]**  15/24
**rule [5]**  12/16 14/7 21/13 21/21 21/22
**Rule 26 [4]**  12/16 21/13 21/21 21/22
**rules [1]**  10/18
**ruling [1]**  22/16
**run [1]**  19/14

**S**

**said [3]**  4/22 10/14 20/19
**same [8]**  6/9 12/18 12/18 12/19 19/5
  19/21 20/25 21/20
**San [1]**  2/16
**say [6]**  7/5 11/25 16/9 16/11 18/11
  18/13
**saying [1]**  18/24
**schedule [1]**  5/2
**SEAN [1]**  2/18
**SEC [1]**  17/16
**second [6]**  5/20 7/23 11/24 17/3 18/5
  19/1
**SECTION [3]**  2/4 2/8 23/4
**seek [5]**  5/11 7/24 9/14 11/10 18/11
**seeking [4]**  4/17 8/16 10/20 21/19
**seen [6]**  5/19 6/24 15/21 17/9 18/19
  22/7

**S**

sense [4]  6/1 9/2 9/20 10/20
series [1]  7/15
service [1]  4/25
set [4]  15/10 16/3 17/5 17/5
several [3]  4/2 7/14 17/20
shape [2]  11/3 12/11
shareholder [2]  9/12 9/14
shares [1]  9/16
Shawn [1]  3/13
short [1]  19/18
should [9]  3/15 6/19 7/6 8/4 10/7 10/8
 11/5 11/7 21/12
shouldn't [1]  9/18
shown [1]  6/18
simple [1]  15/23
simply [1]  15/23
since [4]  4/5 5/25 7/16 11/17
SINGER [1]  2/21
situation [2]  9/8 9/9
situations [1]  14/20
six [1]  7/16
so [22]  3/23 5/21 6/15 8/15 9/15 9/15
 10/24 11/2 11/20 12/4 13/18 14/9
 14/20 15/23 16/8 16/23 17/5 17/18
 17/23 18/12 19/14 20/2
sole [1]  11/12
some [7]  6/6 9/2 12/21 12/21 13/9
 15/10 16/18
somehow [3]  17/5 18/18 18/24
something [2]  11/25 17/1
somewhat [1]  9/9
soon [1]  22/16
sort [5]  9/17 10/11 13/17 15/20 16/19
sought [1]  10/17
source [1]  10/4
South [1]  2/22
speak [2]  4/11 19/17
specific [1]  8/9
speculative [3]  15/12 15/13 16/8
Spring [1]  2/4
SPROULE [2]  2/3 3/10
stamp [1]  19/24
standing [2]  9/12 22/10
start [1]  13/13
state [1]  3/6
STATES [7]  1/1 1/6 2/2 3/8 3/9 23/4
 23/9
stenographically [1]  23/6
step [1]  5/6
stern [2]  20/9 20/10
still [1]  15/22
stipulated [1]  6/9
strategy [1]  17/19
Street [6]  1/22 1/22 2/4 2/12 2/15 2/22
strictures [1]  9/21
structure [4]  5/22 7/1 17/4 17/22
structures [6]  6/22 9/24 9/24 16/1
 16/4 16/7
structuring [1]  8/24
struggle [1]  20/10
stuck [1]  13/5
subject [2]  13/21 21/13
submission [1]  6/16
submit [2]  9/18 11/4
substitute [1]  22/1
such [1]  6/10

**T**

table [2]  3/9 3/13
take [7]  15/16 17/21 17/22 18/12 21/2
 21/4 21/9
taken [1]  8/24
takeover [1]  9/15
talked [1]  22/5
talking [1]  13/10
tax [1]  9/25
tell [3]  11/24 15/19 16/4
terms [6]  8/3 9/19 11/13 15/7 18/16
 21/8
than [1]  17/2
thank [11]  3/21 4/14 7/8 12/3 16/12
 16/13 16/15 20/15 20/17 22/14 22/15
that [125]
that's [10]  9/17 9/25 10/19 12/10 14/6
 14/6 14/16 16/9 16/20 17/23
the claimant's [1]  8/3
their [11]  6/7 6/20 7/11 8/21 11/7 11/8
 11/16 15/18 21/16 21/25 22/7
them [4]  3/19 6/6 8/25 18/20
theme [1]  7/23
themes [1]  7/18
themselves [4]  8/2 9/5 19/17 22/2
then [8]  6/13 8/19 11/22 13/8 13/24
 15/6 20/4 22/1
there [11]  4/2 7/14 11/17 14/9 14/10
 14/19 17/1 17/25 19/17 20/1 20/2
there'll [1]  20/10
there's [10]  7/3 11/14 15/13 16/18
 16/25 18/16 18/23 18/23 18/24 20/8
therefore [2]  5/15 11/5
these [37]
they [36]
they'd [1]  13/4
they'll [1]  3/20
they're [10]  3/19 9/20 10/11 10/12
 10/20 12/14 15/24 18/3 18/24 21/19
they've [3]  5/2 5/3 17/22
thing [3]  18/6 19/24 22/4
things [5]  7/4 14/17 15/17 15/25 16/17
think [6]  9/7 11/13 16/8 16/10 18/16
 19/17
third [6]  2/19 7/25 8/17 8/17 22/10
 22/11
this [45]
those [14]  4/22 4/22 4/23 4/25 5/5
 5/19 5/20 6/15 8/25 14/5 16/24 18/3
 18/8 21/7
though [1]  16/3
through [1]  6/1
thwarting [1]  10/18
time [21]  6/6 6/10 6/11 7/12 9/15 10/15
 10/16 10/16 11/6 11/10 11/15 12/22
 14/2 14/7 14/22 14/22 14/25 15/16
 16/5 16/11 20/11
timely [3]  13/4 13/6 13/12
times [1]  17/21
timing [3]  11/13 15/8 22/5
title [2]  8/18 23/4
today [2]  6/16 6/16

**U**

told [1]  21/23
took [2]  9/23 10/10
towards [1]  14/16
transcript [3]  1/16 23/5 23/7
transfer [1]  13/20
transparent [1]  19/6
tries [2]  9/14 19/25
true [3]  17/23 20/9 23/5
trust [9]  9/23 9/24 16/5 17/22 17/25
 18/2 18/3 18/7 20/24
trustee [16]  12/23 12/25 13/3 13/3
 15/20 16/23 17/16 18/6 18/9 18/11
 18/13 18/14 20/20 20/22 21/22 22/1
trustees [22]  4/20 4/20 4/25 5/16 5/18
 5/20 5/20 6/13 11/12 12/20 12/20
 15/18 17/8 19/2 19/3 19/5 19/10 21/5
 21/7 21/12 21/14 21/20
trustees' [1]  11/18
trusteeship [1]  19/13
trusts [2]  8/19 9/10
try [2]  14/12 20/17
trying [5]  7/24 9/21 12/7 12/10 14/17
twice [1]  14/23
two [7]  7/18 12/20 14/5 16/17 17/25
 21/4 21/14

**U**

U.S [3]  2/6 17/13 19/25
ultimate [1]  16/22
ultimately [1]  20/7
unable [1]  19/8
under [2]  18/10 19/5
understand [3]  15/9 16/2 21/24
understood [1]  7/12
undertaking [1]  21/2
undertakings [1]  17/10
undoubtedly [2]  9/12 10/15
UNITED [7]  1/1 1/6 2/2 3/8 3/9 23/4
 23/9
until [3]  10/12 11/21 15/3
unusual [1]  9/8
unwilling [1]  18/10
up [5]  11/14 17/5 17/5 17/24 18/7
update [1]  4/4
uphill [1]  20/10
urgent [1]  5/11
used [1]  17/16

**V**

very [9]  6/6 9/8 9/8 10/10 11/21 12/12
 16/8 17/3 19/20
vested [1]  8/19
Vice [1]  3/15
vindicate [1]  8/1
virtue [1]  12/20

**W**

wait [2]  10/12 11/21
waited [1]  13/24
want [1]  16/23
wanted [1]  12/3
was [9]  4/16 4/18 5/25 12/5 13/1 13/7
 14/25 18/17 20/22
Washington [2]  2/9 2/12
wasn't [1]  15/3
way [2]  12/13 14/13
we [27]

## W

**we'll [2]**  19/20 20/3
**we're [2]**  4/1 6/21
**we've [1]**  6/18
**web [1]**  9/10
**Wednesday [1]**  12/5
**week [6]**  4/6 4/17 4/23 6/1 7/13 15/3
**weeks [1]**  7/16
**well [7]**  3/18 10/11 12/10 12/12 13/4
 13/8 18/21
**well-known [1]**  18/21
**were [13]**  4/20 4/24 5/7 9/9 13/18
 13/18 13/23 14/20 15/4 15/19 16/9
 17/1 22/17
**WESTERN [1]**  1/3
**what [11]**  10/20 12/14 13/10 16/4 16/6
 17/6 21/18 21/19 21/23 22/6 22/7
**what's [4]**  9/17 10/19 14/1 21/6
**when [7]**  6/11 17/24 18/9 21/4 21/6
 22/11 22/11
**where [5]**  6/2 10/16 14/5 14/9 14/11
**whether [5]**  9/25 10/1 10/2 12/14 21/2
**which [7]**  7/20 8/19 8/23 13/19 14/19
 17/20 17/21
**who [19]**  4/20 5/18 8/12 9/12 11/3
 12/11 13/1 13/2 16/24 17/13 17/14
 17/19 18/3 18/9 20/5 20/23 20/23 21/5
 21/15
**why [5]**  3/23 11/14 11/20 20/2 21/3
**will [27]**
**willing [4]**  5/18 16/24 21/3 21/7
**willingness [1]**  13/1
**withdraw [3]**  6/12 20/4 21/25
**without [2]**  14/15 14/18
**witnesses [1]**  12/19
**WOO [2]**  2/7 3/10
**Woo Lee [1]**  3/10
**worst [1]**  20/8
**would [16]**  5/20 6/12 6/13 8/5 13/9
 15/7 16/10 19/5 19/25 20/12 21/13
 21/15 22/1 22/2 22/4 22/8
**would-be [1]**  5/20
**wouldn't [1]**  13/6
**written [1]**  5/21
**wrong [2]**  9/20 9/22
**www.patcuneo.com [1]**   1/25

## Y

**YBARRA [1]**  2/21
**Yes [1]**  10/13
**yet [1]**  3/19
**York [3]**  2/8 2/19 2/19
**you [25]**
**you'll [1]**  4/16
**you've [1]**  6/24
**your [46]**

## Z

**ZAHEER [2]**  2/15 3/13
**Zealand [14]**  4/19 5/1 5/6 5/8 5/9 5/17
 5/21 6/3 6/18 6/23 7/4 19/21 19/22
 19/25