David A. O'Neil (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118
Email: daoneil@debevoise.com

Courtney M. Dankworth (admitted *pro hac vice*)
Jennifer F. Mintz (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 521-7358
Email: cmdankworth@debevoise.com
        jfmintz@debevoise.com

Amanda Walker (Bar No. 252380)
WALKER STEVENS CANNOM YANG LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 337-4550
Email: awalker@wscylaw.com

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED TO JW NILE (BVI) LTD., JCL MEDIA (EMI PUBLISHING LTD.), AND/OR JYNWEL CAPITAL LTD., RELATING TO EMI MUSIC PUBLISHING GROUP NORTH AMERICA HOLDINGS, INC. AND D.H. PUBLISHING L.P.,<br><br>Defendant. | No. 2:16-cv-5364 (DSF) (PLAx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT EMI MUSIC PUBLISHING MANAGEMENT, LLC** |

## VERIFIED CLAIM AND STATEMENT OF INTEREST

By and through its undersigned counsel, Claimant EMI Music Publishing Management, LLC ("EMI") files this verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1.     Claimant EMI is a limited liability company organized under the laws of Delaware.

2.     EMI is entitled to certain rights, including intellectual property rights, as well as the right to collect and receive profits, royalties, and proceeds of distribution owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P., as more particularly described in Attachment A to the Verified Complaint for Forfeiture *in Rem* filed in this action.

3.     EMI either owns or has rights to publish approximately 2.2 million musical compositions from every major genre and period.  EMI exploits a comprehensive and diverse collection of copyrights for music and lyrics, sourced from a roster that includes a wide variety of iconic and popular songwriters, to generate revenues. EMI acquires rights to publish musical compositions from songwriters and other rights holders and markets these to receive royalties or fees for their use through various media.  EMI derives royalties and fees from musical compositions through various revenue sources.  Royalties generated through music publishers are shared with songwriters and other rightsholders to musical compositions through various publishing and licensing agreements with the owners of those rights.  EMI retains a percentage of royalties and fees and distributes out or credits the remaining portion of the royalties received to copyright owners/songwriters.  These rights do not

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT EMI MUSIC PUBLISHING MANAGEMENT, LLC

belong to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P.

4.      Accordingly, EMI has an interest in the Defendant *in rem* in this action.

5.      Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), EMI expressly limits its appearance to asserting and defending its claim.

Dated:  December 22, 2016                          Respectfully submitted,

DEBEVOISE & PLIMPTON LLP
*Attorneys for EMI Music Publishing Management LLC*


By:  /s/ Courtney M. Dankworth
        Courtney M. Dankworth
        David A. O'Neil

---

3

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT EMI MUSIC PUBLISHING MANAGEMENT LLC

## VERIFICATION

I am the Chief Executive Officer of Claimant EMI Music Publishing Management LLC. I verify under penalty of perjury that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON:  December 8, 2016

_____
David Johnson
Chief Executive Officer,
EMI Music Publishing Management LLC

4

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT EMI MUSIC PUBLISHING MANAGEMENT, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing VERIFIED CLAIM AND STATEMENT OF INTEREST was sent by Federal Express this 22nd day of December, 2016 to:

John J. Kucera
Christen A. Sproule
Assistant United States Attorneys
Central District of California
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012

Dated:  December 22, 2016

By: ___/s/ Courtney M. Dankworth_____
Courtney M. Dankworth

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT EMI MUSIC PUBLISHING MANAGEMENT, LLC