David A. O'Neil (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118
Email: daoneil@debevoise.com

Courtney M. Dankworth (admitted *pro hac vice*)
Jennifer F. Mintz (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 521-7358
Email: cmdankworth@debevoise.com
        jfmintz@debevoise.com

Amanda Walker (Bar No. 252380)
WALKER STEVENS CANNOM YANG LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 337-4550
Email: awalker@wscylaw.com

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED TO JW NILE (BVI) LTD., JCL MEDIA (EMI PUBLISHING LTD.), AND/OR JYNWEL CAPITAL LTD., RELATING TO EMI MUSIC PUBLISHING GROUP NORTH AMERICA HOLDINGS, INC. AND D.H. PUBLISHING L.P.,<br><br>Defendant. | No. 2:16-cv-5364 (DSF) (PLAx)<br><br>**ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM** |

Claimant EMI Music Publishing Management, LLC ("EMI") responds as follows to the allegations in the Verified Complaint for Forfeiture *In Rem*, filed July 20, 2016:

## **PRELIMINARY STATEMENT**

EMI does not contest this forfeiture action to the extent that Plaintiff seeks rights, interests or property owned by or owed to JW Nile (BVI) Ltd., JCL Media (EMI Publishing Ltd.), or Jynwel Capital Ltd.  Instead, EMI appears in this action only to protect those rights, interests, and property, including intellectual property rights, that do not belong to Low-controlled entities, but that are encompassed within the Plaintiff's definition of the Defendant *in rem*.  Accordingly, through its appearance in this action, EMI seeks to protect those rights, property, and interest that properly belong to it.

EMI either owns or has rights to publish approximately 2.2 million musical compositions from every major genre and period.  EMI exploits a comprehensive and diverse collection of copyrights for music and lyrics, sourced from a roster that includes a wide variety of iconic and popular songwriters, to generate revenues. EMI acquires rights to publish musical compositions from songwriters and other rights holders and markets these to receive royalties or fees for their use through various media.  EMI derives royalties and fees from musical compositions through various revenue sources.  Royalties generated through music publishers are shared with songwriters and other rightsholders to musical compositions through various publishing and licensing agreements with the owners of those rights.  EMI retains a percentage of royalties and fees and distributes out or credits the remaining portion of the royalties received to copyright owners/songwriters.  These rights do not belong to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd.

## PERSONS AND ENTITIES

1.      EMI admits the allegations in this Paragraph.

2.      EMI admits that the named defendant in this action is "Any Rights to Profits, Royalties and Distribution Proceeds Owned by or Owed to JW Nile (BVI) Ltd., JCL Media (EMI Publishing Ltd), and/or Jynwel Capital Ltd, relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P" and avers that, based on the rights owed or owing to JW Nile (BVI) Ltd., JCL Media (EMI Publishing Ltd), and/or Jynwel Capital Ltd relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P, an appropriate definition of the defendant in this action is "Any and all rights – including dividends or proceeds of distribution – owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. (the "Subject Entities") arising from the Subject Entities' interest in D.H. Publishing L.P. and its subsidiaries."  EMI avers that Attachment A does not specifically identify the defendant, and that the defendant is properly defined as "[a]ny and all rights – including dividends or proceeds of distribution – owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. (the "Subject Entities") arising from the Subject Entities' interest in D.H. Publishing L.P. and its subsidiaries."

3.      EMI admits that the Defendant Asset is held in the names of JW Nile (BVI) Ltd., JCL Media (EMI Publishing Ltd) and/or Jynwel Capital Ltd.  EMI denies that Attachment A contains a complete list of the persons and entities whose interests may be affected by this action.

4.      EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them, except that EMI admits that Plaintiff contemporaneously filed related actions.

**NATURE OF THE ACTION**

5.      Paragraph 5 is Plaintiff's description of the action and does not contain any substantive allegations requiring a response.  To the extent that a responsive pleading may be required, deny.

6.      EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

7.      EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

8.      EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

9.      EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

10.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

11.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

12.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

13.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

**JURISDICTION AND VENUE**

14.     This Paragraph contains legal conclusions as to which no response is required.

15.     This Paragraph contains legal conclusions as to which no response is required.

16.     This Paragraph contains legal conclusions as to which no response is required.

## **BACKGROUND:  RELEVANT INDIVIDUALS AND ENTITIES**

17.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

18.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

19.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

20.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

21.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

22.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

23.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

24.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

25.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

26.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

27.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

28.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

29.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

30.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

31.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

32.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## EVIDENCE SUPPORTING FORFEITURE

33.     EMI denies that its interest in the Defendant Asset represents a portion of the proceeds of funds misappropriated from 1MDB.  EMI lacks knowledge or information sufficient to form a belief as to the other allegations in this paragraph and on that basis deny them.

34.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

35.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

36.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

37.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

38.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

39.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

40.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

41.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

42.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

43.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

44.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

45.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

46.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

47.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

48.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

49.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

50.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

51.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

52.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

53.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

54.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

55.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

56.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

57.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

58.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

59.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

60.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

61.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

62.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

63.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

64.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

65.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

66.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

67.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

68.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

69.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

70.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

71.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

72.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

73.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

74.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

75.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

76.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

77.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

78.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

79.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

80.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

81.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

82.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

83.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

84.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

85.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

86.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

87.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

88.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

89.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

90.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

91.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

92.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

93.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

94.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

95.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

96.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

97.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

98.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

99.     EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

100.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

101.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

102.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

103.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

104.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

105.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

106.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

107.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

108.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

109.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

110.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

111.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

112.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

113.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

114.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

115.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

116.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

117.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

118.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

119.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

120.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

121.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

122.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

123.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

124.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

125.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

126.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

127.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

128.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

129.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

130.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

131.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

132.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

133.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

134.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

135.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

136.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

137.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

138.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

139.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

140.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

141.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

142.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

143.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

144.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

145.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

146.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

147.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

148.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

149.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

150.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

151.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

152.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

153.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

154.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

155.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

156.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

157.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

158.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

159.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

160.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

161.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

162.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

163.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

164.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

165.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

166.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

167.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

168.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

169.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

170.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

171.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

172.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

173.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

174.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

175.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

176.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

177.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

178.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

179.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

180.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

181.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

182.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

183.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

184.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

185.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

186.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

187.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

188.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

189.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

190.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

191.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

192.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

193.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

194.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

195.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

196.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

197.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

198.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

199.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

200.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

201.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

202.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

203.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

204.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

205.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

206.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

207.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

208.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

209.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

210.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

211.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

212.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

213.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

214.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

215.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

216.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

217.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

218.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

219.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

220.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

221.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

222.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

223.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

224.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

225.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

226.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

227.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

228.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

229.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

230.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

231.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

232.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

233.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

234.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

235.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

236.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

237.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

238.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

239.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

240.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

241.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

242.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

243.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

244.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

245.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

246.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

247.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

248.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

249.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

250.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

251.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

252.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

253.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

254.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

255.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

256.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

257.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

258.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

259.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

260.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

261.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

262.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

263.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

264.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

265.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

266.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

267.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

268.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

269.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

270.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

271.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

272.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

273.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

274.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

275.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

276.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

277.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

278.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

279.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

280.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

281.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

282.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

283.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

284.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

285.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

286.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

287.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

288.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

289.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

290.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

291.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

292.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

293.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

294.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

295.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

296.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

297.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

298.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

299.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

300.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

301.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

302.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

303.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

304.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

305.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

306.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

307.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

308.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

309.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

310.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

311.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

312.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

313.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

314.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

315.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

316.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

317.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

318.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

319.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

320.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

321.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

322.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

323.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

324.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

325.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

326.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

327.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

328.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

329.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

330.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

331.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

332.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

333.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

334.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

335.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

336.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

337.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

338.    EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

339.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

340.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

341.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

342.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

343.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

344.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

345.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

346.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

347.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

348.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

349.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

350.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

351.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

352.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

353.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

354.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

355.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

356.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

357.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

358.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

359.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

360.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

361.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

362.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

363.   EMI admits that Nile Acquisition Holding Company Ltd. and Nile Acquisition LLC, along with DH Publishing GP Limited, partnered to form DH Publishing L.P., EMI's parent company.  EMI admits that LOW has an interest in EMI.  EMI otherwise lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

364.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in the paragraph that "[t]he LOW EMI Partner was formed in the British Virgin Islands on or about November 7, 2011;" that the LOW EMI Partner was a subsidiary of Jynwel Capital Ltd. or that Jynwel Capital Ltd. was "LOW's

financial services firm based in Hong Kong" and on that basis denies them.  EMI admits the remaining allegations in this Paragraph.

365.   EMI admits the allegations in this Paragraph.

366.   EMI admits the allegations in this Paragraph and states that the Administration Agreement is dated June 29, 2012.

367.   EMI admits the allegations in this Paragraph were accurate as of May 2016.

368.   EMI admits the allegations in this Paragraph.

369.   EMI lacks knowledge or information sufficient to form a belief as to allegations in this paragraph.

370.   EMI admits the allegations in this Paragraph.

371.   EMI admits the existence of the cited document, but denies that the document is an "internal EMI document" and denies that the document states that "[LOW] served as [EMI's] Non-Executive Chairman-Asia," and avers instead that the document states that "Mr. Low serves as [EMI's] Non-Executive Chairman-Asia," and otherwise respectfully refers the Court to that document for the contents thereof.

372.   EMI admits the existence of the EMI Investment Agreement and respectfully refers the Court to that document for the contents thereof.

373.   EMI admits the existence of the EMI Investment Agreement and respectfully refers the Court to that document for the contents thereof.

374.   EMI admits the existence of the EMI Investment Agreement and respectfully refers the Court to that document for the contents thereof.  EMI lacks knowledge or information sufficient to form a belief as to the other allegations in this paragraph and on that basis denies them.

375.   EMI admits the existence of the EMI Investment Agreement and respectfully refers the Court to that document for the contents thereof.

376.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

377.   EMI admits the existence of the EMI Investment Agreement and the Fourth Amended and Restated Exempted Limited Partnership Agreement of D.H. Publishing L.P. and respectfully refers the Court to those documents for the contents thereof.

378.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

379.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

380.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

381.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

382.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

383.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

384.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

385.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

386.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

387.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

388.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

389.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

390.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

391.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

392.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

393.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

394.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

395.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

396.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

397.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

398.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

399.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

400.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

401.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

402.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

403.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

404.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

405.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

406.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

407.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

408.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

409.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

410.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

411.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

412.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

413.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

414.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

415.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

416.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

417.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

418.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

419.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

420.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

421.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

422.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

423.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

424.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

425.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

426.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

427.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

428.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

429.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

430.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

431.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

432.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

433.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

434.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

435.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

436.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

437.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

438.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

439.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

440.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

441.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

442.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

443.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

444.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

445.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

446.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

447.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

448.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

449.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

450.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

451.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

452.  EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

453.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

454.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

455.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

456.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

457.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

458.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

459.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

460.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

461.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

462.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

463.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

464.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

465.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

466.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

467.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

468.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

469.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

470.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

471.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

472.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

473.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

474.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

475.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

476.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

477.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

478.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

479.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

480.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

481.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

482.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

483.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

484.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

485.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

486.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

487.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

488.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

489.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

490.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

491.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

EMI'S ANSWER TO VERIFIED COMPLAINT

492.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

493.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

494.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

495.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

496.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

497.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

498.   EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## FOREIGN LAW BASES FOR FORFEITURE

499.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

500.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

501.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## FIRST CLAIM FOR RELIEF

502.   EMI repeats and realleges each of the responses set forth above as if fully set forth herein.

503.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

504.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## SECOND CLAIM FOR RELIEF

505.   EMI repeats and realleges each of the responses set forth above as if fully set forth herein.

506.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

507.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## THIRD CLAIM FOR RELIEF

508.   EMI repeats and realleges each of the responses set forth above as if fully set forth herein.

509.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks

knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

510.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## FOURTH CLAIM FOR RELIEF

511.   EMI repeats and realleges each of the responses set forth above as if fully set forth herein.

512.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

513.   This Paragraph contains legal conclusions as to which no response is required.  To the extent that a responsive pleading may be required, EMI lacks knowledge or information sufficient to form a belief as to the allegations in this Paragraph and on that basis denies them.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The complaint fails to state a claim upon which relief can be granted with respect to the portion of the Defendant Asset owned by EMI.

## SECOND AFFIRMATIVE DEFENSE
### (18 U.S.C. § 983(d))

EMI has an ownership interest in the Defendant *in rem* in this action.  To the extent Plaintiff alleges that EMI's interest in the Defendant *in rem* in this action arose at a time the illegal conduct giving rise to the forfeiture took place, EMI did not know of the conduct giving rise to the forfeiture.  To the extent Plaintiff alleges

that EMI's interest in the Defendant *in rem* arose after the conduct giving rise to the forfeiture has taken place, EMI was a bona fide purchaser or seller for value that did not know and was reasonably without cause to believe that the property was subject to forfeiture.  EMI's interest in the Defendant *in rem* may not be forfeited because EMI is an innocent owner pursuant to 18 U.S.C. § 983 and other applicable law.

### THIRD AFFIRMATIVE DEFENSE
### (Subsequently Discovered Defenses)

EMI may discover additional affirmative defenses.  EMI reserves the right to assert additional defenses if discovery indicates such defenses would be appropriate.

### PRAYER FOR RELIEF

WHEREFORE, EMI respectfully requests that the Court:

1.      Dismiss the Complaint with prejudice with respect to the portion of the Defendant Asset owned by or owed to EMI;

2.      Deny Plaintiff's request for forfeiture of the Defendant Asset with respect to the portion of the Defendant Asset owned by EMI;

3.      Award EMI its costs incurred in defending this action as permitted by applicable law, including reasonable attorneys' fees; and

///

///

///

4.      Grant such other relief as the Court may deem appropriate.

Dated:  March 22, 2017                    Respectfully submitted,


                                          DEBEVOISE & PLIMPTON LLP
                                          *Attorneys for EMI Music Publishing*
                                          *Management LLC*


                                          By:   /s/ Courtney M. Dankworth
                                                Courtney M. Dankworth
                                                David A. O'Neil

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing ANSWER was sent by Federal Express this 22nd day of March, 2017 to:

John J. Kucera
Christen A. Sproule
Assistant United States Attorneys
Central District of California
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012

Dated:  March 22, 2017

By:   /s/ Courtney M. Dankworth
        Courtney M. Dankworth

EMI'S ANSWER TO VERIFIED COMPLAINT