1   Ekwan E. Rhow - State Bar No. 174604
       erhow@birdmarella.com
2   Jeremy D. Matz - State Bar No. 199401
       jmatz@birdmarella.com
3   Naeun Rim - State Bar No. 263558
       nrim@birdmarella.com
4   Patricia H. Jun - State Bar No. 277461
       pjun@birdmarella.com
5   BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
6   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
7   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
8
    Attorneys for Claimant JW Nile (BVI)
9   Ltd.

10

11              **UNITED STATES DISTRICT COURT**

12        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CV-5364-DSF (PLAx) |
| Plaintiff, | **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.** |
| vs. | |
| ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED TO JW NILE (BVI) LTD., JCL MEDIA (EMI PUBLISHING LTD), AND/OR JYNWEL CAPITAL LTD, RELATING TO EMI MUSIC PUBLISHING GROUP NORTH AMERICA HOLDINGS, INC., AND D.H. PUBLISHING L.P., | Assigned to Hon. Dale S. Fischer |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3369164.1

1         Pursuant to 18 U.S.C. § 983(a)(4)(A) and Federal Rules of Civil Procedure,

2   Supplemental Rule G(5)(a), Claimant JW Nile (BVI) Ltd., hereby asserts an interest

3   in and files this Claim to any and all rights, including copyright and intellectual

4   property rights, as well as the right to collect and receive any profits, royalties, and

5   proceeds of distribution owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI

6   Publishing Ltd.); and/or Jynwel Capital Ltd. relating to EMI Music Publishing Group

7   North America Holdings, Inc. and D.H. Publishing L.P. (the "Defendant Asset"). JW

8   Nile (BVI) Ltd owns and is entitled to the rights, profits, royalties and/or distributions

9   relating to the Defendant Asset.

10         Pursuant to Supplemental Rule E(8) of the Supplemental Rules For Admiralty

11   Or Maritime Claims And Asset Forfeiture Actions, Claimant expressly limits its

12   appearance to asserting and defending its claim.  In making this claim, Claimant does

13   not waive and reserves all rights to challenge the *in rem* jurisdiction of this Court and

14   the propriety of venue with regard to the Defendant Asset.

15         I declare under penalty of perjury under the laws of the United States of

16   America that the foregoing is true and correct.

17

18         Executed February 13, 2017, at George Town, Grand Cayman, Cayman

19   Islands.

20

21

22         Christopher Rowland

23         Director of FFP (Directors) Limited as

24         Director of JW Nile (BVI) Ltd

25

26

27

28

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.

1

DATED:  February 13, 2017

Respectfully submitted,

2

3

Ekwan E. Rhow
Jeremy D. Matz

4

Naeun Rim
Patricia H. Jun

5

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

6

7

8

By: _____/s/ Jeremy D. Matz_____

9

Jeremy D. Matz

10

Attorneys for Claimant JW Nile (BVI) Ltd.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3369164.1

2

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561.

On February 13, 2017, I served the following document(s) described as **NOTICE OF LODGING OF VERIFIED CLAIM** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:**  By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California.  The envelopes were mailed with postage thereon fully prepaid.  I am readily familiar with our firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 13, 2017, at Los Angeles, California.

Laurie Gilbert

1

## SERVICE LIST

2

3  John Kucera, Woo S. Lee, Kyle Freeny, and Christen Sproule
   c/o John Kucera
   Assistant United States Attorney
4  United States Attorney's Office
   312 N. Spring St., 14th Floor
5  Los Angeles, CA 90012

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28