**DECLARATION**

I, John J. Kucera, declare as follows:

1. I am an Assistant United States Attorney for the Central District of California. I have personal knowledge as to all matters set forth herein, or they are based on my information and belief, and if called to testify as a witness, I could and would do so. I submit this declaration in support of the Government's Reply to the Qubaisi Claimant's Opposition to Motion For Order Staying Civil Forfeiture Proceedings For All Purposes Except the Filing of Timely Claims and Answers.

2. Over the course of approximately five days in July 2017, I exchanged no fewer than 17 e-mails with the Qubaisi Claimant's counsel discussing various matters relating to the instant case, including the government's motion to stay.

3. These e-mail exchanges focused on the calendaring of deadlines, including the motion to stay, out of deference to the Qubaisi Claimant's counsel's request to extend the proposed deadlines for various personal reasons and to allow the Qubaisi Claimant's counsel time to confer with their client(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 3, 2017

JOHN J. KUCERA
Assistant United States Attorney