## VERIFICATION

I am the Chief Executive Officer of Claimant EMI Music Publishing Management LLC. I verify under penalty of perjury that the foregoing Amended Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: October 3, 2017

David Johnson
Chief Executive Officer,
EMI Music Publishing Management LLC

---

4