Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
Patricia H. Jun - State Bar No. 277461
    pjun@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant JW Nile (BVI) Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED TO JW NILE (BVI) LTD., JCL MEDIA (EMI PUBLISHING LTD), AND/OR JYNWEL CAPITAL LTD, RELATING TO EMI MUSIC PUBLISHING GROUP NORTH AMERICA HOLDINGS, INC., AND D.H. PUBLISHING L.P.,<br><br>              Defendants. | CASE NO. 16-CV-5364-DSF (PLAx)<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.**<br><br>Assigned to Hon. Dale S. Fischer |

3369164.1

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Federal Rules of Civil Procedure, Supplemental Rule G(5)(a), Claimant JW Nile (BVI) Ltd., hereby asserts an interest in and files this Claim to any and all rights, including copyright and intellectual property rights, as well as the right to collect and receive any profits, royalties, and proceeds of distribution owned by or owed to JW Nile (BVI), Ltd.; JCL Media (EMI Publishing Ltd.); and/or Jynwel Capital Ltd. relating to EMI Music Publishing Group North America Holdings, Inc. and D.H. Publishing L.P. (the "Defendant Asset"). JW Nile (BVI) Ltd owns and is entitled to the rights, profits, royalties and/or distributions relating to the Defendant Asset.

Pursuant to Supplemental Rule E(8) of the Supplemental Rules For Admiralty Or Maritime Claims And Asset Forfeiture Actions, Claimant expressly limits its appearance to asserting and defending its claim. In making this claim, Claimant does not waive and reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue with regard to the Defendant Asset.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 11, 2017, at George Town, Grand Cayman, Cayman Islands.

Christopher Rowland
Director of FFP (Directors) Limited as
Director of JW Nile (BVI) Ltd

3369164.1

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.

DATED: October 11, 2017

Respectfully submitted,

Ekwan E. Rhow
Jeremy D. Matz
Naeun Rim
Patricia H. Jun
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:      /s/ Jeremy D. Matz
                Jeremy D. Matz
        Attorneys for Claimant JW Nile (BVI) Ltd.

3369164.1

2

VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMANT JW NILE (BVI) LTD.