1  Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
2  Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
3  Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
4  Patricia H. Jun - State Bar No. 277461
    pjun@birdmarella.com
5  Nithin Kumar- State Bar No. 300607
    nkumar@birdmarella.com
6  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
7  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
8  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
9
   Attorneys for Claimant JW Nile (BVI)
10 Ltd.

11

          **UNITED STATES DISTRICT COURT**
12
  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CV-5364-DSF (PLAx) |
| Plaintiff, | **PROOF OF SERVICE OF VERIFIED CLAIM** |
| vs. | Assigned to Hon. Dale S. Fischer |
| ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED TO JW NILE (BVI) LTD., JCL MEDIA (EMI PUBLISHING LTD), AND/OR JYNWEL CAPITAL LTD, RELATING TO EMI MUSIC PUBLISHING GROUP NORTH AMERICA HOLDINGS, INC., AND D.H. PUBLISHING L.P., | |
| Defendants. | |

1   I, Patricia H. Jun, am employed in the County of Los Angeles, State of

2   California.  I am over the age of 18 and not a party to the within action; my business

3   address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561.

4   On October 11, 2017, I served the following document(s) described as

5   **VERIFIED CLAIM AND STATEMENT OF INTEREST** of the above-named

6   Claimant(s) in the above-captioned matter on the interested parties in this action as

7   follows:

8   **SEE ATTACHED SERVICE LIST**

9   **BY E-MAIL:**  By transmitting the document(s) listed above to the e-mail addresses

10   set forth in the attached service list.

11   I declare under penalty of perjury under the laws of the United States of

12   America that the foregoing is true and correct and of my own personal knowledge

13   and that I am employed in the office of a member of the bar of this Court at whose

14   direction the service was made.

15   Executed on October 11, 2017, at Los Angeles, California.

16

17   _____*/s/ Patricia H. Jun*_____

18   Patricia H. Jun

19

20

21

22

23

24

25

26

27

28

1

## **SERVICE LIST**

2

3   Woo S. Lee
John J. Kucera
Jonathan Galatzan
4   Jonathan Baum
Barbara Levy
5   Assistant United States Attorney
United States Attorney's Office
6   312 N. Spring St., 14th Floor
Los Angeles, CA 90012

7

Fax: (213) 894-7177

8

Email:      John.Kucera@usdoj.gov
9                 Jonathan.Galatzan@usdoj.gov
Woo.Lee@usdoj.gov
10                Jonathan.Baum@usdoj.gov
Barbara.Levy@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE