David A. O'Neil
admitted *pro hac vice*
DEBEVOISE & PLIMPTON LLP
   801 Pennsylvania Avenue N.W.
   Washington, D.C. 20004
   Tel:  (202) 383-8040
   Email:  daoneil@debevoise.com

Courtney M. Dankworth
admitted *pro hac vice*
   DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
   New York, New York 10022
   Tel:  (212) 909-6758
   Email:  cmdankwo@debevoise.com

Amanda Walker (Bar No. 252380)
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone:  (213) 337-4550
Email:  awalker@wscllp.com


Attorneys for
EMI MUSIC PUBLISHING MANAGEMENT LLC

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. CV 16-05364-DSF (PLAx)

          Plaintiff,                 **STIPULATION AND REQUEST TO
                                     LIFT STAY FOR CLAIM
               v.                    WITHDRAWAL**

ANY RIGHTS TO PROFITS,
ROYALTIES AND DISTRIBUTION
PROCEEDS OWNED BY OR OWED
TO JW NILE (BVI) LTD. ET
AL.

Defendant.


      Plaintiff United States of America (the "Government" or

the "United States"), claimant EMI Music Publishing

Management LLC ("EMI") and claimant JW Nile (BVI) Ltd.

(collectively, the "Claimants," and with the Government,

the "Parties") by and through their respective undersigned counsel, stipulate and request that the stay in this action be lifted to allow EMI to withdraw the verified claim filed on or about December 22, 2016 by EMI.

On or about July 20, 2016, the United States filed the above-captioned action in rem against any profits, royalties, and proceeds of distribution owned by or owed to JW Nile (BVI), Ltd., et al. (collectively, the "Subject Entities") relating to DH Publishing L.P. and its subsidiaries (the "Defendant In Rem"), seeking to forfeit the Defendant In Rem to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(A) & (C). On September 13, 2017, this action was stayed pursuant to 18 U.S.C. Section 981(g).

On or about October 24, 2016, the United States and EMI filed in the above-captioned case a Stipulation stating that all "EMI dividends held by or in the control of EMI, and owed to the Subject Entities arising from the Subject Entities' interest in DH Publishing L.P. and its subsidiaries (the 'Restrained Property')[shall] be deposited in an escrow account to be agreed upon by EMI and the United States pending further agreement or order of the court" and that EMI would not "borrow against or otherwise encumber any of the Restrained Property in any manner or, except as provided in Paragraph 1, cause the Restrained Property to be transferred, sold, assigned or disposed of in any manner." On December 22, 2016, EMI filed a verified claim and statement of interest for the above captioned defendant property pursuant to Supplemental Rule G of the

Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

On or about November 14, 2018, Sony Corporation of America ("Sony") purchased all of the partnership and equity interests in DH Publishing L.P. currently held by Nile Acquisition Holding Company Limited (the "Transaction"), which included the Restrained Property as described above.

On or about November 14, 2018, as per the Stipulation filed on October 25, 2018 and granted by this court on October 30, 2018, EMI caused "any and all proceeds from the Transaction held by or in the control of EMI, and owed to the Subject Entities arising from the Subject Entities' interest in DH Publishing L.P. and its subsidiaries, including the Restrained Property as well as the dividends and proceeds from the sale of the Defendant in Rem, to be deposited in the Seized Assets Deposit Fund ('SADF') controlled by the United States Marshal Service ('USMS')."

Therefore, EMI has determined that it no longer has an interest in the Defendant in Rem and that its interests are best served by withdrawing its claim.  The United States has been informed of this determination and does not object.  In seeking to withdraw its claim, EMI makes no admission of wrongdoing or liability on its part, and its intended withdrawal is not an admission of any facts alleged in the complaint.

Dated:  April 2, 2019

Respectfully submitted,
Attorneys for the United States

Deborah Connor
Chief,
Money Laundering Asset Recovery
Section
United States Department of Justice


_/s/ Barbara Levy (with consent)_
Woo S. Lee
Barbara Levy
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington D.C. 20005
Tel.:  (202) 598-2249

John J. Kucera
Assistant United States Attorneys
312 North Spring Street, 14th Fl.
Los Angeles, California 90012
Tel: (213) 894-3391

Attorneys for EMI Music Publishing LLC


_/s/ Courtney M. Dankworth_
David A. O'Neil
admitted _pro hac vice_
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Tel:  (202) 383-8040

Courtney M. Dankworth
admitted _pro hac vice_
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6758

4

Attorneys for JW Nile (BVI) Ltd.


   */s/ Naeun Rim (with consent)*
Naeun Rim
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Tel:  (310) 201-2100