DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER, Chief, International Unit
WOO S. LEE, Deputy Chief, International Unit
KYLE FREENY, Trial Attorney
JONATHAN BAUM, Senior Trial Attorney
JOSHUA SOHN, Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-3314
   Facsimile: (213) 894-0142
   Email: John.Kucera@usdoj.gov
         Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED RELATING TO EMI MUSIC PUBLISHING GROUP,<br><br>       Defendant. | No. CV 16-5364-DSF (PLAx)<br><br>**STIPULATION AND REQUEST TO LIFT STAY FOR PURPOSE OF FILING STIPULATION FOR CONSENT JUDGMENT OF FORFEITURE, AND LODGING [PROPOSED] CONSENT JUDGMENT OF FORFEITURE**<br><br>[[Proposed] order lifting stay lodged concurrently herewith] |

1    Counsel for Plaintiff United States of America (the
2 "government") and Claimant JW Nile (BVI) Ltd. stipulate and request
3 that the stay in this action be lifted and that this case be restored
4 to the Court's active calendar.
5    On August 10, 2017, the government filed a motion to stay this
6 civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1), which
7 request was granted by the Court on September 13, 2017.  The stay
8 order applied to all proceedings except the filing of timely claims.
9    By this stipulation, the parties respectfully request that the
10 stay of this action be lifted and that this case be restored to the
11 Court's active calendar for the purpose of allowing the government to
12 file a stipulation and request for entry of consent judgment of
13 ///
14 ///

```
 1  forfeiture, and lodge a proposed consent judgment.  The proposed
 2  consent judgment, if entered, will be dispositive of this action.
 3
 4   Dated: October 30, 2019              Respectfully submitted,
 5
                                          DEBORAH CONNOR
 6                                        Chief, MLARS

 7                                        NICOLA T. HANNA
                                          United States Attorney
 8
                                              /s/
 9                                        _____
                                          JOHN J. KUCERA
10                                        Assistant United States Attorney
                                          WOO S. LEE
11                                        Deputy Chief, MLARS

12                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
13
     Dated: October 30, 2019
14
                                               /s/
15                                        _____
                                          Ekwan E. Rhow
16                                        Jeremy D. Matz
                                          Naeun Rim
17                                        Patricia H. Jun
                                          Bird, Marella, Boxer, Wolpert,
18                                        Nessim, Drooks, Lincenberg & Rhow,
                                          P.C.
19
                                          Attorneys for Claimant
20                                        JW NILE (BVI) LTD.
21
22
23
24
25
26
27
28
```