UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANY RIGHTS TO PROFITS, ROYALTIES AND DISTRIBUTION PROCEEDS OWNED BY OR OWED RELATING TO EMI MUSIC PUBLISHING GROUP,<br><br>　　　　Defendant. | No. CV 16-5364-DSF (PLAx)<br><br>**[PROPOSED]**<br>**ORDER LIFTING STAY FOR THE PURPOSE OF FILING STIPULATION FOR CONSENT JUDGMENT OF FORFEITURE, AND LODGING [PROPOSED] CONSENT JUDGMENT OF FORFEITURE** |

　　　Plaintiff United States of America and Claimant JW Nile (BVI) Ltd. have made a stipulated request for an order lifting the stay of this civil forfeiture action and restoring the case to the Court's active calendar.

　　　Good cause appearing therefor, the stipulation is GRANTED.  IT IS HEREBY ORDERED that the stay of this action is lifted and this case is restored to the Court's active calendar for the purpose of

allowing the government to file a stipulation for consent judgment of forfeiture and lodge a proposed consent judgment.

    IT IS SO ORDERED.

DATED: _____      _____
                                                   UNITED STATES DISTRICT JUDGE

Presented by:

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney

    /s/
_____
JOHN J. KUCERA
Assistant United States Attorney
WOO S. LEE
Deputy Chief, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA